**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF ARKANSAS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Shine Solar, LLC** | |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-1414520** | |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1720 S. Walton Blvd. Suite 4-205**<br>**Bentonville, AR 72712** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Benton** | **Location of principal assets, if different from principal place of business** |
| County | **400 W New Hope Rd Suite 100 Rogers, AR 72758** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **shinesolar.com** |

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Shine Solar, LLC**                                     Case number (*if known*) _____
　　　　　Name

**7.  Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　2211

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| Debtor | **Shine Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Shine Solar, LLC**                                          Case number (*if known*) _____
         Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 17, 2025**
              MM / DD / YYYY

X **/s/ Caleb Gorden**                                    **Caleb Gorden**
  Signature of authorized representative of debtor        Printed name

Title   **President**

**18. Signature of attorney**

X **/s/ Stanley V. Bond**                       Date **March 17, 2025**
  Signature of attorney for debtor                   MM / DD / YYYY

**Stanley V. Bond 93034**
Printed name

**Bond Law Office**
Firm name

**525 S. School Ave.**
**Suite 100**
**Fayetteville, AR 72701**
Number, Street, City, State & ZIP Code

Contact phone   **479-444-0255**        Email address   **attybond@me.com**

**93034 AR**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Shine Solar, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF ARKANSAS

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 17, 2025**            X */s/ Caleb Gorden*
_____          _____
                                          Signature of individual signing on behalf of debtor

                                          **Caleb Gorden**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

3/17/25 5:06PM

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Shine Solar, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF ARKANSAS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Adnet LLC 2810 N Church St #52146 Wilmington, DE 19802 | | | | | | $46,122.50 |
| Bank of America, N.A. Gateway Village - 900 Building NC1-026-06-06 900 W Trade Street Charlotte, NC 28255 | | All accounts, instruments, deposit accounts, general intangibles, inventory, equipment and fixures | | $5,950,000.00 | $0.00 | $5,950,000.00 |
| DivvyPay LLC 13707 S 200 W Suite 100 Draper, UT 84020 | | Operating LOC | | | | $172,628.52 |
| Domo, Inc. 802 E 1050 S American Fork, UT 84003 | | Software | | | | $124,200.01 |
| DroneDeploy, Inc. 548 Market St. #34583 Attn: General Counsel CA 94101 | | | | | | $21,878.82 |
| Edison Health Solutions PO BOX 1550 Jenks, OK 74037 | | Health Insurance TPA | | | | $49,021.60 |
| Elliot Electric Supply 2526 North Stallings Drive PO Box 630610 Nacogdoches, TX 75963 | | | Subject to Setoff | | | $372,809.36 |

| Debtor | **Shine Solar, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Get Spiffy, Inc. Attn: Facilities 4506 S. Miami Blvd Suite 150 Durham, NC 27703** | | **St Louis WH rent arrearage** | | | | **$25,687.90** |
| **Intent Driver dba Energy Bill 8383 Wilshire Blvd. Ste. 540 Beverly Hills, CA 90211** | | | | | | **$292,541.41** |
| **ObserveAI 275 Shoreline Drive Ste. 450 Attn: Bankruptcy Redwood City, CA 94065** | | | **Disputed** | | | **$57,960.00** |
| **PX, Inc. 44 Wall Street Ste. 605 Attn: Bankruptcy New York, NY 10005** | | | | | | **$29,836.00** |
| **Rapid Scale 301 Hillsborough Street Suite 1300 Raleigh, NC 27603** | | | **Disputed** | | | **$127,359.43** |
| **RPM Group PO Box 7300 Little Rock, AR 72217** | | **LR Shackleford WH Lease - Rent arrearage** | | | | **$33,033.72** |
| **Signature Solar 421 Industrial Drive East Ste. 201 Sulphur Springs, TX 75482** | | | **Subject to Setoff** | | | **$71,636.60** |
| **Tesla, Inc. 12832 S. Frontrunner Blvd Attn:Adam Christian, Collect Draper, UT 84020** | | | | | | **$293,067.13** |
| **TGIF Storage, LLC 7208 NE 135th St. Edmond, OK 73013** | | **OKC Wh Lease - Rent Arrearage** | | | | **$18,777.43** |
| **Western Equipment Finance PO Box 640 503 Highway 2 West Devils Lake, ND 58301** | | **2 CUSTOMIZED 7' X 14' HOMESEAL CONNECT TRAILERS** | | **$28,188.00** | **$0.00** | **$28,188.00** |

Debtor   **Shine Solar, LLC**                                          Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Western Equipment Finance PO Box 640 503 Highway 2 West Devils Lake, ND 58301** | | **2014 YALE PROPANE FORKLIFT** | | **$20,803.29** | **$0.00** | **$20,803.29** |
| **Wex, Inc. PO Box 639 attn: Bankruptcy Portland, ME 04104** | | | | | | **$38,157.88** |
| **Willow Crossing Development PO Box 6245 Springdale, AR 72766** | | **Rent Arrearage - Rogers HQ** | **Unliquidated** | | | **$91,898.25** |

**Fill in this information to identify the case:**

Debtor name        **Shine Solar, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF ARKANSAS

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*.......................................................................................... $ _____ **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*........................................................................................ $ _____ **6,937,104.90**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.......................................................................................... $ _____ **6,937,104.90**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ _____ **5,998,991.29**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ _____ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$ _____ **2,063,966.03**

4.  **Total liabilities** ..............................................................................................................
    Lines 2 + 3a + 3b                                                                        $ **8,062,957.32**

**Fill in this information to identify the case:**

Debtor name  **Shine Solar, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF ARKANSAS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.   **Cash on hand** | **$8,000.00** |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| **Arvest ending 3356 Main Operating** | | | |
| **Arvest ending 1774 Permits** | | | |
| **Arvest ending 3293 Insurance** | | | |
| 3.1.   **Arvest ending 4583 Merchant** | **Checking** | **3356** | **$543,839.43** |
| **Bank of America ending 3012 Main Operating:** | | | |
| **Bank of America ending 3025 Insurance** | | | |
| **Bank of America ending 3038 Permit** | | | |
| 3.2.   **Bank of America ending 3041 Merchant** | **Checking** | **3012** | **$576,706.76** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$1,128,546.19** |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

Debtor **Shine Solar, LLC**
_____     Case number *(If known)* _____
Name

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less: | **927,569.95** | - | **0.00** | = .... | **$927,569.95** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

11b. Over 90 days old: | **919,809.49** | - | **0.00** | =.... | **$919,809.49** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.     **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$1,847,379.44**

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.     **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.     **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                               % of ownership

15.1. | **Luminary Systems, LLC - Company holding software developed by Debtor - all code, design, instructions for usage, and rights/privileges to market/sell the Sofware were spun off in 2022 to this separate entity.** | **100** % | | **Unknown** |

16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.     **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

**$0.00**

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.     **Raw materials** **Solar Panels and Installation components** | **12/31/2024** | **$3,571,381.95** | **Recent cost** | **$3,571,381.95** |

---

Debtor    **Shine Solar, LLC**                                     Case number *(If known)* _____
_____
          Name

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**
       **Supplies and tools used**
       **for storing and**
       **transporting raw**
       **materials - racks, cages,**          **$0.00**                              **Unknown**
       **power tools.**

23.    **Total of Part 5.**                                              | **$3,571,381.95** |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

       ■ No.  Go to Part 7.
       ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

       ☐ No.  Go to Part 8.
       ■ Yes Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** See attached list from Appraiser | **$0.00** | FMV | **$32,854.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                              | **$32,854.00** |
       Add lines 39 through 42.  Copy the total to line 86.

| Debtor | **Shine Solar, LLC** | Case number *(If known)* | |
|--------|----------------------|--------------------------|--|
| | Name | | |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☑ Yes

**Part 8:** **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  Vehicles - See attached list | $350,593.32 | | $350,593.32 |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| |
|---|
| $350,593.32 |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |

Debtor    **Shine Solar, LLC**                                      Case number *(If known)* _____
                Name

| | | | |
|---|---|---|---|
| **Trademarks on Company Name, sales phrases** | **$0.00** | | **Unknown** |
| **Sales Scripts for over the phone sales and marketing of consumer solar panel installations. Developed by the Debtor.** | **$0.00** | | **Unknown** |
| 61. | **Internet domain names and websites** **Shinesolar.com** | **$0.00** | **Unknown** |
| | **Godaddy account with 44 other domain names owned until account expires** | **$0.00** | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | |
| 63. | **Customer lists, mailing lists, or other compilations** **Database of Past Clients (Name, address & phone number) with recordings of prior sales calls. Stored remotely on servers paid for by Debtor, accessed through Luminary Software** | **$0.00** | **$6,350.00** |
| | **Database of 466,000 customer "leads" for potential future installs/sales.** | **$0.00** | **Unknown** |

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

| |
|---|
| **$6,350.00** |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| |
|---|
| **Current value of debtor's interest** |

71.    **Notes receivable**
Description (include name of obligor)

Debtor     **Shine Solar, LLC**                                         Case number *(If known)* _____
Name

| | | |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**See SOFA Question 7, pending lawsuits where Debtor is the Plaintiff** | **Unknown** |

| Nature of claim | Breach of Contract - Collection for unpaid products/services |
|---|---|
| Amount requested | **$0.00** |

| | |
|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. |

78 total: **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor   **Shine Solar, LLC**      Case number *(If known)* _____
    Name

---

**Part 12:**    Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,128,546.19 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,847,379.44 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,571,381.95 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $32,854.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $350,593.32 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $6,350.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,937,104.90 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,937,104.90 |

**Rogers Office**

| Item | Quantity | Condition | Est. Value | Unit | Total Est. Value |
|---|---|---|---|---|---|
| Lenovo ThinkBooks | 19 | F | $ 100.00 | each | $ 1,900.00 |
| Lenovo ThinkPads | 2 | F | $ 100.00 | each | $ 200.00 |
| HP Probook G8 | 7 | F | $ 100.00 | each | $ 700.00 |
| HP Probook G6/7 | 6 | F | $ 100.00 | each | $ 600.00 |
| Lenovo 65w usb-c Charger | 14 | F | $ 10.00 | each | $ 140.00 |
| HP laptop charger | 4 | F | $ 5.00 | each | $ 20.00 |
| HP 120w charger | 9 | F | $ 10.00 | each | $ 90.00 |
| Wired mice | 21 | F | $ 1.00 | each | $ 21.00 |
| Wireless mice | 4 | F | $ 5.00 | each | $ 20.00 |
| Wired keyboards | 55 | F | $ 1.00 | each | $ 55.00 |
| Wireless Keyboards | 23 | F | $ 3.00 | each | $ 69.00 |
| HP G5 Docks | 30 | F | $ 20.00 | each | $ 600.00 |
| usb-c hubs | 22 | F | $ 5.00 | each | $ 110.00 |
| Black Side Chairs | 2 | F | $ 20.00 | each | $ 40.00 |
| Plotter | 1 | F | $ 500.00 | each | $ 500.00 |
| Black 4 Drawer File Cabinets | 4 | F | $ 20.00 | each | $ 80.00 |
| Variety of White Boards | 32 | F | $ 20.00 | each | $ 640.00 |
| HP OfficeJet 8720 MFC | 1 | F | $ 25.00 | each | $ 25.00 |
| 3 Drawer Long File Cabinet, Drawer Broken on bottom | 1 | P | $ 10.00 | each | $ 10.00 |
| Decorative Coat Rack | 1 | G | $ 20.00 | each | $ 20.00 |
| Cubicle & Clock | 1 | G | $ 30.00 | each | $ 30.00 |
| Office Décor, Shelf-Mirror-Lamp-Plant | 1 | G | $ 200.00 | each | $ 200.00 |
| Mini Fridge in Conference Room | 1 | G | $ 100.00 | each | $ 100.00 |
| Leather Couch, Rug & Coffee Table | 1 | G | $ 400.00 | each | $ 400.00 |
| Plotter | 1 | F | $ 500.00 | each | $ 500.00 |
| Commercial Ice Machine | 1 | G | $ 750.00 | each | $ 750.00 |
| Orange Chairs | 6 | F | $ 50.00 | each | $ 300.00 |
| Rolling White Board | 1 | G | $ 100.00 | each | $ 100.00 |
| Metal 3 Drawer File Cabinets | 26 | F | $ 10.00 | each | $ 260.00 |
| White Folding Chairs | 64 | F | $ 5.00 | each | $ 320.00 |
| Black Rolling Office Chairs | 25 | F | $ 10.00 | each | $ 250.00 |
| High Back Rolling Office Chair | 1 | F | $ 25.00 | each | $ 25.00 |
| high Back Rolling Office Chair-Peeling | 1 | P | $ 15.00 | each | $ 15.00 |
| Black Rolling Office Chairs | 3 | F | $ 10.00 | each | $ 30.00 |
| High Back Rolling office Chair-Red | 1 | F | $ 30.00 | each | $ 30.00 |
| Modern Rolling Chairs | 3 | F | $ 15.00 | each | $ 45.00 |
| Executive Style Rolling Chairs | 2 | F | $ 30.00 | each | $ 60.00 |
| Desk Stand | 1 | F | $ 15.00 | each | $ 15.00 |
| Side Table, Lamp & Plant | 1 | G | $ 25.00 | each | $ 25.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Leather Like Orange Rolling Office Chairs | 13 | F | $ 20.00 | each | $ | 260.00 |
| 2 Chairs w/ Pillows, Area Rug | 1 | G | $ 100.00 | each | $ | 100.00 |
| True 3 Door Commercial Refrigerator | 1 | G | $ 2,000.00 | each | $ | 2,000.00 |
| Orange Rolling Office Chairs | 67 | F | $ 10.00 | each | $ | 670.00 |
| White Folding Tables | 13 | F | $ 20.00 | each | $ | 260.00 |
| White Folding Chairs | 44 | F | $ 5.00 | each | $ | 220.00 |
| White Folding Chairs | 64 | F | $ 5.00 | each | $ | 320.00 |
| Stand Up Desks | 11 | F | $ 25.00 | each | $ | 275.00 |
| White Folding Tables | 7 | F | $ 20.00 | each | $ | 140.00 |
| Leather Chairs | 2 | G | $ 150.00 | each | $ | 300.00 |
| Ipad 8th Gen | 3 | F | $ 100.00 | each | $ | 300.00 |
| Ipad Mini | 1 | F | $ 75.00 | each | $ | 75.00 |
| HP Probooks | 13 | F | $ 100.00 | each | $ | 1,300.00 |
| Lenovo Thinkbooks | 19 | F | $ 100.00 | each | $ | 1,900.00 |
| HP G5 Docks | 30 | F | $ 20.00 | each | $ | 600.00 |
| 1080P Monitors | 274 | F | $ 10.00 | each | $ | 2,740.00 |
| 3 Shelf Bookcase | 1 | F | $ 20.00 | each | $ | 20.00 |
| Shredder | 1 | F | $ 25.00 | each | $ | 25.00 |
| Modern Bookshelf | 1 | F | $ 25.00 | each | $ | 25.00 |
| HP MFC Printer | 1 | F | $ 25.00 | each | $ | 25.00 |
| Black Leather Couch | 1 | G | $ 300.00 | each | $ | 300.00 |
| Black Leather Side Chair | 1 | G | $ 150.00 | each | $ | 150.00 |
| Black Leather Like Chairs | 4 | G | $ 10.00 | each | $ | 40.00 |
| Fabric Chairs | 2 | F | $ 5.00 | each | $ | 10.00 |
| Fabric Chairs | 3 | F | $ 5.00 | each | $ | 15.00 |
| 4 Drawer Long B lack Filing Cabinet | 1 | F | $ 25.00 | each | $ | 25.00 |
| 3 Drawer Wood Look File Cabinets | 4 | F | $ 5.00 | each | $ | 20.00 |
| Wire Shelving Unit | 2 | F | $ 15.00 | each | $ | 30.00 |
| Home Mini Fridge | 1 | G | $ 100.00 | each | $ | 100.00 |
| 70 Inch TVs | 6 | F | $ 400.00 | each | $ | 2,400.00 |
| 60 Inch TV | 1 | F | $ 300.00 | each | $ | 300.00 |
| 50 Inch TV | 2 | F | $ 200.00 | each | $ | 400.00 |
| 45 Inch TV | 4 | F | $ 100.00 | each | $ | 400.00 |
| 55 Inch TV | 3 | F | $ 250.00 | each | $ | 750.00 |
| 65 Inch TV | 5 | F | $ 350.00 | each | $ | 1,750.00 |
| 75 Inch TV | 1 | F | $ 500.00 | each | $ | 500.00 |
| | | | | | $ | **28,040.00** |

**Rexburg Office**

| Item | Quantity | Condition | Est. Value | Unit | Total Est. Value |
|------|----------|-----------|-----------|------|------------------|
| Stand Up Desks | 7 | F | $ 25.00 | each | $ 175.00 |
| White & Black Office Chairs | 19 | F | $ 25.00 | each | $ 475.00 |
| Round White Tables | 2 | F | $ 75.00 | each | $ 150.00 |
| Modern White Chairs | 9 | F | $ 20.00 | each | $ 180.00 |
| Grey Office Chairs | 1 | F | $ 10.00 | each | $ 10.00 |
| Black Conference Chairs | 9 | F | $ 25.00 | each | $ 225.00 |
| Tailback office Chair | 1 | F | $ 25.00 | each | $ 25.00 |
| Small HP ProBook | 1 | F | $ 100.00 | each | $ 100.00 |
| Large HP Probook | 9 | F | $ 100.00 | each | $ 900.00 |
| HP Pavillion | 1 | F | $ 100.00 | each | $ 100.00 |
| Lenovo Thinkbook | 1 | F | $ 100.00 | each | $ 100.00 |
| MacBook Pro | 2 | F | $ 200.00 | each | $ 400.00 |
| Blue Accent Chair | 4 | F | $ 35.00 | each | $ 140.00 |
| Small Blue Fabric Chair | 5 | F | $ 20.00 | each | $ 100.00 |
| Spectre 30in Curved Monitor | 7 | F | $ 25.00 | each | $ 175.00 |
| Spectre 24in Monitor | 20 | F | $ 10.00 | each | $ 200.00 |
| Mobile Desk Drawers (file cabinets) | 6 | F | $ 10.00 | each | $ 60.00 |
| Keyboards | 13 | F | $ 1.00 | each | $ 13.00 |
| Wired Computer Mouse | 9 | F | $ 1.00 | each | $ 9.00 |
| Apple TV | 2 | F | $ 50.00 | each | $ 100.00 |
| OWL Meeting Video Camera | 1 | F | $ 75.00 | each | $ 75.00 |
| Samsung 85in TV | 1 | F | $ 600.00 | each | $ 600.00 |
| ONN 40in TV | 1 | F | $ 75.00 | each | $ 75.00 |
| Sound Bar | 1 | F | $ 25.00 | each | $ 25.00 |
| Head Sets | 10 | F | $ 10.00 | each | $ 100.00 |
| Metal Book Shelf | 1 | F | $ 10.00 | each | $ 10.00 |
| Coffee Table | 1 | F | $ 25.00 | each | $ 25.00 |
| Small Area Rug | 1 | F | $ 10.00 | each | $ 10.00 |
| End Table | 1 | F | $ 25.00 | each | $ 25.00 |
| Cube Cabinet Organizer | 1 | F | $ 30.00 | each | $ 30.00 |
| Mini Gong | 1 | F | $ 30.00 | each | $ 30.00 |
| HDMI Cables & Misc. Adaptors | 14 | F | $ 2.00 | each | $ 28.00 |
| Laptop Stand | 1 | F | $ 5.00 | each | $ 5.00 |
| Cord Management Strips | 3 | F | $ 2.00 | each | $ 6.00 |
| Short Surge Protectors | 3 | F | $ 2.00 | each | $ 6.00 |
| Long Surge Protectors | 7 | F | $ 2.00 | each | $ 14.00 |
| Long Power Strips | 4 | F | $ 2.00 | each | $ 8.00 |
| Standup Lamp | 1 | F | $ 25.00 | each | $ 25.00 |
| Input Adapters | 1 | F | $ 2.00 | each | $ 2.00 |
| Kitchen Trash Bin | 1 | F | $ 2.00 | each | $ 2.00 |
| Black Plastic Trash Bin | 1 | F | $ 2.00 | each | $ 2.00 |
| Small Vacuum | 1 | F | $ 2.00 | each | $ 2.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ocedar Mop | 1 | F | $ | 2.00 | each | $ | 2.00 |
| Microwave | 1 | F | $ | 25.00 | each | $ | 25.00 |
| Small Brother Printer | 1 | F | $ | 20.00 | each | $ | 20.00 |
| Large Brother Printer | 1 | F | $ | 25.00 | each | $ | 25.00 |
| | | | | | | $ | **4,814.00** |

| Asset Name & Description | Netbook Value |
|---|---|
| 2018 Cove 7x16 Tandem Axle V-Nose Cargo , HVAC Equipment , 53FBE1623JF040693 | 0 |
| Fixed Asset Adjustment - Harry , Fixed Asset Adjustment - Harry , N/A | 0 |
| 2012 F-650 Super Duty , 410L CMV , 3FRNF6FB5CV412719 | 0 |
| 2015 Ford E-Series Chassis , 422L CMV , 1FDWE3FS6FDA18215 | 0 |
| 2013 Chevrolet Express Cutaway , 436L CMV , 1GB3G3CG9D1173247 | 0 |
| Forklift Crown , Solar Machinery , 1A286731 | 0 |
| 2015 Chevrolet Express Cutaway , 442L CMV , 1GB3G3CG0F1168120 | 0 |
| 2015 Express Cutaway 3500 Box Truck , 440L CMV , 1GB3G3CG6F1118189 | 0 |
| 2015 Hino 195 , 452L CMV , JHHRDM2H0FK002234 | 0 |
| 2015 Chevrolet Silverado 2500HD , 151L CMV , 1GC0CUEG0FZ552168 | 0 |
| 2022 Interstate Trailer , Trailer 228 , 1GC0CUEG6HZ283029 | 0 |
| 2020 32' Gooseneck , Solar Trailer , 4P5H7322XL1318436 | 0 |
| Klint Sweat | SQ *264 TRAILERS LLC | Automotive & DOT | Trailer purchased from 264 Trailers LLC , | 0 |
| 2020 Bobcat E35i , Solar Machinery , B3Y216549 | 0 |
| Klint Sweat | BrucknersLowell | Automotive & DOT | 453L Bruckner's , Klint Sweat | BrucknersLowell | | 0 |
| 2007 Dodge Ram Chassis 3500 , Solar Vehicle , 3D6WG46AX7G854717 | 0 |
| 2017 Ford Transit Van , Van 160 , NM0LS7F7XH1296815 | 0 |
| 2020 Empire Cargo , HVAC Equipment , 7F81E1422LD008626 | 0 |
| 2020 Chevrolet Silverado 2500HD , 174L CMV , 1GC3YLE76LF182477 | 0.02 |
| 2015 Isuzu NPR , 471L CMV , JALC4W162F7000054 | 0.02 |
| 2018 Ram Pickup 2500 , 169L CMV , 3C6UR5HJ1JG121187 | 0.02 |
| 2017 Isuzu NPR , 470L CMV , JALC4W161H7002140 | 0 |
| 2013 Chevrolet Silverado 2500HD , 165L CMV , 1GC2KXCG9DZ351480 | 0 |
| 2017 Long Gooseneck Trailer , HVAC Equipment , 28UBU101XHA000166 | 124.89 |
| 2017 Laru 6x12 Single Axle Cargo Trailer , Solar Trailer , 571BE1213HM018763 | 42.86 |
| 2017 Long Gooseneck Trailer , HVAC Equipment , 58UBU101XHA000165 | 0 |
| Long Gooseneck Trailer , HVAC Equipment , 58UBU162XHA000114 | 41.64 |
| 2020 Ram Pickup 1500 Classic , Truck 176 , 1C6RR6FT1LS147705 | 483.54 |
| 2020 Ram Pickup 1500 Classic , Truck 177 , 1C6RR6FG5LS144504 | 458.35 |
| 2011 Starlie 20' Flatbed , HVAC Equipment , 13YFS2026BC115297 | 41.64 |
| 2020 Kubota KU U35-4R3A , Solar Machinery , 17456 | 2,166.74 |
| 2020 Ram Pickup 2500 , 185L CMV , 3C6UR5CL1LG245665 | 1,605.00 |
| 2020 Chevrolet 3500 LCF , 400L CMV , 54DBDW1B3LS804376 | 1,594.09 |
| 2020 Ram Pickup 1500 Classic , Truck 179 , 1C6RR6FG8LS139121 | 916.70 |
| 2020 Ram Pickup 1500 Classic , Truck 180 , 1C6RR6FGXLS139122 | 916.70 |
| 2020 Ram Pickup 1500 Classic , Truck 182 , 1C6RR6FGXLS121266 | 876.31 |
| 2020 Chevrolet 3500 LCF , 402L CMV , 54DBDW1D4LS207481 | 2,299.53 |
| 2020 Chevy 4500 , 401L CMV , JALCDW164L7012816 | 1,689.23 |
| 2020 Chevrolet 3500 LCF , 403L CMV , 54DBDW1D6LS207482 | 2,866.64 |
| 2021 Eagle Cargo 6X12SA , Solar Trailer , 7FWBE1218M1015302 | 239.19 |
| 2020 Chevrolet 3500 LCF , 405L CMV , 54DBDW1D3LS207486 | 5,365.59 |
| 2021 GMC Sierra 3500HD , 189L CMV , 1GD49SE74MF154363 | 4,737.86 |
| 2021 Chevrolet Silverado 2500HD , 188L CMV , 1GC3YLE70MF186199 | 3,942.75 |
| 2020 Chevrolet 3500 LCF , 407L CMV , 54DBDW1D8LS207483 | 6,132.11 |
| 2020 Chevrolet 3500 LCF , 408L CMV , 54DBDW1DXLS207484 | 6,132.11 |
| 2021 Chevrolet Silverado 2500HD , 190L CMV , 1GB3YLE74MF192186 | 4,423.49 |
| Truck Topper , Solar Equipment , | 598.86 |
| 2021 Chevrolet Silverado 2500HD , 194L CMV , 1GC5YLE72MF298723 | 7,261.38 |
| 2021 Chevrolet Silverado 2500HD , 195L CMV , 1GC5YLE7XMF299506 | 7,261.38 |
| 2021 Chevrolet Silverado 2500HD , 197L CMV , 1GC5YLE76MF299793 | 7,261.38 |
| 2021 CTX100 Trencher , Solar Equipment , 1VRZ080HJM1003152 | 19,403.71 |
| Camper Shell , Solar Truck , N1990387 | 166.69 |
| 2015 Chevrolet Silverado , 059L CMV , 1GC4KZE82FF541555 | 14,050.38 |
| 2011 Ford F550 - White , 058L CMV , 1FD0W5GY8BEA31795 | 9,852.48 |
| 2009 GMC C5500 - White , 055L CMV , 1GDE5C1979F400858 | 8,785.02 |
| Trailer Interstate 20' Deck Over , Trailer 230 , 4RADU2026NC058085 | 3,173.26 |
| 2017 Chevrolet Silverado 2500 White , 060L CMV , 1GC0CUEG1HZ403539 | 9,331.64 |
| 2017 Chevrolet Silverado 2500 White , Truck 061 , 1GC0CUEG6HZ283029 | 7,865.00 |
| 2015 Chevrolet Silverado 2500 , 062L CMV , 1GC2KUEG3FZ525171 | 9,870.81 |
| 2019 CHEVROLET SILVERADO 2500 2GC2KREG2K1119334 , 2019 CHEVROLET SILVERADO 2500 | 13,520.86 |
| 2019 CHEVROLET SILVERADO 1500 3GCNWAEF3KG180449 , 2019 CHEVROLET SILVERADO 150 | 9,156.25 |
| 2018 CHEVROLET SILVERADO 1500 1GCNCEC3JZ138898 , 2018 CHEVROLET SILVERADO 1500 | 8,062.50 |
| Automotive & DOT | New Camper shells ordered in October 2022 for unit 175 , Paul Base | TRUKS | A | 3,061.99 |
| EVT vehicles , EVT vehicles , | 40,816.64 |
| EVT vehicles , EVT vehicles , | 40,816.64 |
| trailer purchase , trailer purchase , | 2,750.02 |
| 2013 Ford F650 , Truck 472 , 3FRNF6FA1DV038909 | 25,542.50 |
| forklift for Missouri , forklift for Missouri , | 15,327.58 |
| 1 Aeroseal Trailers , 1 Aeroseal Trailers , | 17,072.00 |
| 1 Aeroseal Trailer , 1 Aeroseal Trailer , | 17,072.00 |
| 1C6RR6FG8LS139121 - truck 179 , 1C6RR6FG8LS139121 - truck 179 , | 5,415.31 |
| **Total:** | **$350,593.32** |

3/17/25 5:06PM

**Fill in this information to identify the case:**

Debtor name __**Shine Solar, LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF ARKANSAS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property           12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Bank of America, N.A.**<br>Creditor's Name<br><br>**Gateway Village - 900 Building**<br>**NC1-026-06-06**<br>**900 W Trade Street**<br>**Charlotte, NC 28255**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**All accounts, instruments, deposit accounts, general intangibles, inventory, equipment and fixures** | **$5,950,000.00** | **$0.00** |
| Creditor's email address, if known | Describe the lien<br>**First Priority Lien & UCC**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**12/23**<br>**Last 4 digits of account number**<br>**8336**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Western Equipment Finance**<br>Creditor's Name<br><br>**PO Box 640**<br>**503 Highway 2 West**<br>**Devils Lake, ND 58301**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2 CUSTOMIZED 7' X 14' HOMESEAL CONNECT TRAILERS** | **$28,188.00** | **$0.00** |
| Creditor's email address, if known | Describe the lien<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**04/17/2024**<br>**Last 4 digits of account number** | | | |

Debtor **Shine Solar, LLC**      Case number (if known) _____
Name

**5525**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Western Equipment Finance** | **Describe debtor's property that is subject to a lien** | $20,803.29 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **2014 YALE PROPANE FORKLIFT** | | |

**PO Box 640**
**503 Highway 2 West**
**Devils Lake, ND 58301**
Creditor's mailing address

**Describe the lien**

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

**04/26/2024**

**Last 4 digits of account number**

**7024**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$5,998,991.29**

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Wright, Lindsey & Jennings**<br>**Attn: Judy Henry**<br>**200 W Capitol Ave., Ste 2300**<br>**Little Rock, AR 72201** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name   **Shine Solar, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF ARKANSAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | $0.00 | $0.00 |

**2.1**   Priority creditor's name and mailing address
**Ark Dept Fin & Admin**
**PO Box 1272**
**Little Rock, AR 72203-1272**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | $0.00 | $0.00 |

**2.2**   Priority creditor's name and mailing address
**Benton County Assessor**
**2109 W Walnut**
**Rogers, AR 72756**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

3/17/25 5:06PM

Debtor    **Shine Solar, LLC**        Case number (if known) _____
       Name

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Internal Revenue Service**
**Centralized Insolvency Ops**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Kansas Dept. of Revenue**
**PO Box 750260**
**Jefferson City, MO 65106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Missouri Department of Revenue**
**PO Box 475**
**Jefferson City, MO 65101-0475**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Oklahoma Tax Commission**
**General Counsels Office**
**100 N Broadway Ave**
**Suite 1500**
**Oklahoma City, OK 73102-8601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor **Shine Solar, LLC**  Case number (if known) _____
_____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Texas Comptroller**
**PO Box 13528**
**Austin, TX 78711**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,122.50 |
|---|---|---|---|

**Adnet LLC**
**2810 N Church St #52146**
**Wilmington, DE 19802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,881.07 |
|---|---|---|---|

**Adobe Inc.**
**345 Park Avenue**
**Attn: General Counsel**
**San Jose, CA 95110-2704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Software**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $512.00 |
|---|---|---|---|

**AEB Benefits, LLC dba Simpara**
**421 Industrial Dr. E**
**Sulphur Springs, TX 75482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Health Insurance Broker, owes company double paid January invoice $4,600.**

Is the claim subject to offset? ☐ No ■ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $960.00 |
|---|---|---|---|

**Aeroseal**
**225 Byers Rd**
**Miamisburg, OH 45342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $113.63 |
|---|---|---|---|

**Airgas USA, LLC**
**PO BOX 1152**
**Tulsa, OK 74101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Shine Solar, LLC**                                          Case number *(if known)* _____
_____
Name

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$72.00** |
|---|---|---|---|

**Airtable**
**1 Front Street**
**Floor 28**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$120.29** |
|---|---|---|---|

**American Water**
**Po Box 2978**
**Camden, NJ 08101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$55.00** |
|---|---|---|---|

**Amidaware**
**1968 S Coast Hwy PMB 3847**
**Laguna Beach, CA 92651-3681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$443.84** |
|---|---|---|---|

**AT & T**
**Whitacre Tower**
**208 S Akard St.**
**Dallas, TX 75202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Atlassian Inc. dba Loom**
**350 Bush Street, Floor 13**
**Attn: Legal Department**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,925.94** |
|---|---|---|---|

**Aurora**
**PO BOX 102896**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Solar Design Software

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,640.00** |
|---|---|---|---|

**Autodesk, Inc.**
**1 Market St.**
**Suite 400**
**San Francisco, CA 94105-1336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor __**Shine Solar, LLC**_____  Case number (if known) _____

Name

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,216.05** |
|---|---|---|---|

**Blackfoot Communications**
PO BOX 35130
Seattle, WA 98124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Internet Provider - Idaho WH__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$684.73** |
|---|---|---|---|

**Call Tools**
530 Technology Drive
Suite 100
Irvine, CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,000.00** |
|---|---|---|---|

**Callpurity**
109 East 17th Street
Suite 480
Cheyenne, WY 82001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,258.02** |
|---|---|---|---|

**Cisco Systems Capital Corp**
PO BOX 825736
Philadelphia, PA 19182

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __E-systems Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
|---|---|---|---|

**City of Fort Smith**
623 Garrison Ave
Fort Smith, AR 72901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$131.94** |
|---|---|---|---|

**City of Harrisonville**
PO Box 367
Harrisonville, MO 64701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$97.00** |
|---|---|---|---|

**Click Funnels**
Attn Legal Dept
225 Reformation Pkwy
Suite 204
Canton, GA 30114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Shine Solar, LLC**                               Case number *(if known)* _____
_____
Name

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64.48** |
|---|---|---|---|

**Cloudways by Digital Ocean LLC**
**101 Avenue of the Americas**
**10th Floor**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$207.00** |
|---|---|---|---|

**Concentra**
**5080 Spectrum Drive**
**Suite 1200W**
**Addison, TX 75001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$908.75** |
|---|---|---|---|

**Cox Communications, Inc.**
**6205 Peachtree Dunwoody Road**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Darragh**
**1404 E 6th Street**
**Little Rock, AR 72202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,053.61** |
|---|---|---|---|

**Discount Tire**
**20225 N. Scottsdale Rd**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$172,628.52** |
|---|---|---|---|

**DivvyPay LLC**
**13707 S 200 W Suite 100**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Operating LOC_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$124,200.01** |
|---|---|---|---|

**Domo, Inc.**
**802 E 1050 S**
**American Fork, UT 84003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Software_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Shine Solar, LLC**
Name

Case number (if known) _____

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,878.82 |

**DroneDeploy, Inc.**
**548 Market St. #34583**
**Attn: General Counsel**
**CA 94101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,021.60 |

**Edison Health Solutions**
**PO BOX 1550**
**Jenks, OK 74037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Health Insurance TPA**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |

**Eleven Labs**
**169 Madison Ave #2484**
**Attn: Legal Dept**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $372,809.36 |

**Elliot Electric Supply**
**2526 North Stallings Drive**
**PO Box 630610**
**Nacogdoches, TX 75963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☒ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.40 |

**Entergy**
**PO Box 8101**
**Baton Rouge, LA 70891**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**Fidelity Telephone LLC**
**64 North Clark**
**Sullivan, MO 63080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Harrisonville WH Internet (dba Sparklight)**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |

**Frame.io**
**345 Park Avenue**
**Attn: General Counsel**
**San Jose, CA 95110-2704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Shine Solar, LLC**
_____      Case number (if known) _____
Name

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,687.90** |
|------|--------------------------------------------------------|--------------------------------------------------------------------------|-----------------|

**Get Spiffy, Inc.**
**Attn: Facilities**
**4506 S. Miami Blvd Suite 150**
**Durham, NC 27703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  St Louis WH rent arrearage

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,180.00** |
|------|--------------------------------------------------------|--------------------------------------------------------------------------|----------------|

**GoCanvas**
**11951 Freedom Drive**
**Suite 401**
**Attn: General Counsel**
**Reston, VA 20190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$44.48** |
|------|--------------------------------------------------------|--------------------------------------------------------------------------|-------------|

**Guard Tronic Inc.**
**902 South 8th St**
**Rogers, AR 72756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,042.49** |
|------|--------------------------------------------------------|--------------------------------------------------------------------------|----------------|

**Heartland Business Systems LLC**
**PO BOX 856846**
**Minneapolis, MN 55485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Microsoft Services Broker

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$49.95** |
|------|--------------------------------------------------------|--------------------------------------------------------------------------|-------------|

**Hedgeye Risk Management LLC**
**1 High Ridge Park**
**Stamford, CT 06905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,652.50** |
|------|--------------------------------------------------------|--------------------------------------------------------------------------|----------------|

**Home Solutions**
**1122 Oberlin Road**
**Ste 300**
**Raleigh, NC 27605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,186.52** |
|------|--------------------------------------------------------|--------------------------------------------------------------------------|----------------|

**HotelEngine, Inc.**
**250 Fillmore Street**
**Suite 150**
**Attn: bankruptcy**
**Denver, CO 80206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Shine Solar, LLC**
_____    Case number (if known) _____
Name

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $485.00 |
|---|---|---|---|

**IBTS**
**45207 Research Place**
**Attn: Bankruptcy**
**Ashburn, VA 20147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,150.00 |
|---|---|---|---|

**Illumine**
**1320 Arrow Point Drive**
**Ste. 501 #163**
**Cedar Park, TX 78613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,460.15 |
|---|---|---|---|

**Indeed**
**Indeed Tower 200 West 6th St**
**Floor 36**
**Attn: Bankruptcy**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,612.82 |
|---|---|---|---|

**Insulation Distributors, Inc.**
**8303 Audubon Road**
**Attn: Bankruptcy**
**Chanhassen, MN 55317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $292,541.41 |
|---|---|---|---|

**Intent Driver dba Energy Bill**
**8383 Wilshire Blvd.**
**Ste. 540**
**Beverly Hills, CA 90211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $208.16 |
|---|---|---|---|

**Le-Ru Telephone Company**
**555 Carter Street**
**Stella, MO 64867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Lead Genesis**
**8022 South Rainbow Blvd.**
**Ste. 185**
**Las Vegas, NV 89139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor    **Shine Solar, LLC**                                    Case number *(if known)* _____
          Name

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,218.00** |
|---|---|---|---|

**Leads Optics LLC**
**180 High Oak Road**
**Bloomfield Hills, MI 48304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119.23** |
|---|---|---|---|

**Locke Supply Co**
**PO Box 24980**
**Oklahoma City, OK 73124-0980**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,555.33** |
|---|---|---|---|

**Lowe's Home Centers LLC**
**1000 Lowes Blvd**
**Mooresville, NC 28117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Macro.com**
**54 W 21st St**
**Attn: bankruptcy**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |
|---|---|---|---|

**Marck Industries**
**715 Main Street**
**Cassville, MO 65625**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,633.21** |
|---|---|---|---|

**Marck Recycling & Waste**
**705 South Bloomington Street**
**Lowell, AR 72745**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,777.01** |
|---|---|---|---|

**Napa Auto Parts**
**902 South 8th Street**
**Rogers, AR 72756**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor  **Shine Solar, LLC**                                    Case number (if known) _____
_____
Name

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.40 |
|---|---|---|---|

**New Moon Holdings, LLC**
**1766 Smokehouse Trail**
**Attn: Zachary Nock**
**Fayetteville, AR 72701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,940.06 |
|---|---|---|---|

**O'Reilly Auto Parts**
**233 S. Patterson**
**Attn: General Counsel**
**Springfield, MO 65802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,960.00 |
|---|---|---|---|

**ObserveAI**
**275 Shoreline Drive**
**Ste. 450**
**Attn: Bankruptcy**
**Redwood City, CA 94065**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89.45 |
|---|---|---|---|

**OG&E**
**321 North Harvey Avenue**
**Oklahoma City, OK 73102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.91 |
|---|---|---|---|

**Oklahoma City Utilities Dept**
**420 West Main Street**
**Suite 501**
**Attn: Bankruptcy**
**Oklahoma City, OK 73102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,619.30 |
|---|---|---|---|

**Oklahoma Natural Gas**
**401 North Harvey Avenue**
**Oklahoma City, OK 73102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,518.75 |
|---|---|---|---|

**Open Space**
**333 Kearny St.**
**Floor 4**
**Attn: bankruptcy**
**San Francisco, CA 94108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Shine Solar, LLC**                                    Case number (if known) _____
         Name

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39.42 |

**Ozark Mountain Propane**
**14770 E Hwy 62**
**Attn: Betty Sue Jackson**
**Garfield, AR 72732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $468.16 |

**Paschal Air, Plumbing & Elec.**
**280 N Maestri Road**
**Attn: John Boce Jr, Reg Agent**
**Springdale, AR 72762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |

**PDQ.com Corp dba SimpleMDM**
**2200 S Main St**
**Suite 200**
**Attn: Legal Dept**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,742.40 |

**Plaza Tire Service**
**PO BOX 779**
**Cape Girardeau, MO 63703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,836.00 |

**PX, Inc.**
**44 Wall Street**
**Ste. 605**
**Attn: Bankruptcy**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127,359.43 |

**Rapid Scale**
**301 Hillsborough Street**
**Suite 1300**
**Raleigh, NC 27603**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $603.62 |

**Republic Services**
**12976 St. Charles Rock Road**
**Bridgeton, MO 63044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Shine Solar, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,033.72**

**RPM Group**
**PO Box 7300**
**Little Rock, AR 72217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __LR Shackleford WH Lease - Rent arrearage__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,300.06**

**Sanders Supply, Inc.**
**107 East Belding**
**Attn: Billy Sanders, Reg Agent**
**Hot Springs National Park, AR 71901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71,636.60**

**Signature Solar**
**421 Industrial Drive East**
**Ste. 201**
**Sulphur Springs, TX 75482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,770.00**

**Solarize LLC**
**650 Friedberg Drive**
**Attn: Chris Rinehart, Reg Agen**
**Herculaneum, MO 63048-1639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$248.18**

**Summit Utilities, Inc.**
**Reg Agent - Cogency Global inc**
**1215 Twin Lakes Drive**
**Little Rock, AR 72205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$820.00**

**Sunshine Disposal Services**
**PO Box 1106**
**Lake of the Forest**
**Bonner Springs, KS 66012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,064.98**

**Targhee Professional Offices**
**155 West 2nd South**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Idaho WH rent arrearage__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor     **Shine Solar, LLC**                                         Case number (if known)  _____
            _____
            Name

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$293,067.13** |
|---|---|---|---|

**Tesla, Inc.**
**12832 S. Frontrunner Blvd**
**Attn:Adam Christian, Collect**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,777.43** |
|---|---|---|---|

**TGIF Storage, LLC**
**7208 NE 135th St.**
**Edmond, OK 73013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **OKC Wh Lease - Rent Arrearage**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$457.31** |
|---|---|---|---|

**Union Electric Company**
**PO Box 88068**
**Chicago, IL 60680-1068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **d/b/a Ameren Missouri - utilities at Harrisonville WH**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,541.50** |
|---|---|---|---|

**United Rentals**
**100 First Stamford Place**
**Suite 700**
**Attn: Bankruptcy**
**Stamford, CT 06902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**US Attorney Eastern District**
**PO Box 1229**
**Little Rock, AR 72203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**US Attorney Western District**
**414 Parker Ave.**
**Fort Smith, AR 72901-1902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$128.44** |
|---|---|---|---|

**Victig**
**14442 South Center Point Way**
**Riverton, UT 84065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Shine Solar, LLC__                    Case number *(if known)* _____
        Name

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $147.00 |
|---|---|---|---|

**3.83** Nonpriority creditor's name and mailing address
Webflow, Inc.
398 11th St.
Floor 2
San Francisco, CA 94103

As of the petition filing date, the claim is: *Check all that apply.*  **$147.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.84** Nonpriority creditor's name and mailing address
Wex, Inc.
PO Box 639
attn: Bankruptcy
Portland, ME 04104

As of the petition filing date, the claim is: *Check all that apply.*  **$38,157.88**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.85** Nonpriority creditor's name and mailing address
Wholesale Electric Supply Co
PO Box 650430
Dallas, TX 75265-0430

As of the petition filing date, the claim is: *Check all that apply.*  **$39.96**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.86** Nonpriority creditor's name and mailing address
Willow Crossing Development
PO Box 6245
Springdale, AR 72766

As of the petition filing date, the claim is: *Check all that apply.*  **$91,898.25**
☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Rent Arrearage - Rogers HQ

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.87** Nonpriority creditor's name and mailing address
Wyze Labs
8815 122nd Avenue NE
Suite 201
attn: Bankruptcy
Kirkland, WA 98033

As of the petition filing date, the claim is: *Check all that apply.*  **$11.97**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.88** Nonpriority creditor's name and mailing address
Zoho
4141 Hacienda Drive
Pleasanton, CA 94588

As of the petition filing date, the claim is: *Check all that apply.*  **$11.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

3/17/25 5:06PM

Debtor __**Shine Solar, LLC**_____     Case number (if known) _____
Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Agent for Aeroseal LLC**<br>**Corp Service Company**<br>**1160 Dublin Road Suite 400**<br>**Columbus, OH 43215** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 **Allianz Trade**<br>**100 International Drive**<br>**22nd Floor**<br>**Attn: Bankruptcy**<br>**Baltimore, MD 21202** | Line **3.66**<br><br>☐ Not listed. Explain ____ | **0851** |
| 4.3 **Corporation Company**<br>**735 First National Bldg**<br>**Reg Agent for**<br>**Insulation Distributors, Inc.**<br>**Oklahoma City, OK 73102** | Line **3.44**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 **Ft Smith City Attorney**<br>**101 South 10th St**<br>**Fort Smith, AR 72901** | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 **Gill Ragon Owen PA**<br>**Reg Agent for Darragh**<br>**425 W Capitol Ave**<br>**Suite 3800**<br>**Little Rock, AR 72201** | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 **RapidScale**<br>**6205-B Peachtree Dunwoody Rd**<br>**Attn: Legal Dept**<br>**Atlanta, GA 30328** | Line **3.67**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 **Reg Ag. to Plaza Tire**<br>**CT Corporation System**<br>**124 West Capitol Avenue**<br>**Suite 1900**<br>**Little Rock, AR 72201** | Line **3.65**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 **Reg Agent for Callpurity**<br>**400 E 20th St**<br>**Cheyenne, WY 82001** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 **Reg Agent for DivvyPayLLC**<br>**INCORPORATING SERVICES, LTD. I**<br>**1108 E SOUTH UNION AVE**<br>**Midvale, UT 84047** | Line **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 **Reg Agent for Domo inc.**<br>**Corp Service Company**<br>**15 West South Temple**<br>**Suite 600**<br>**Salt Lake City, UT 84101** | Line **3.26**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 **Reg Agent for Elliot Electric**<br>**Capitol Corp Services Inc**<br>**300 S. Spring St Suite 900**<br>**Little Rock, AR 72201** | Line **3.30**<br><br>☐ Not listed. Explain ____ | _ |

3/17/25 5:06PM

| Debtor | **Shine Solar, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.12 **Reg Agent for Fidelity Telepho**<br>**CSC-LAWYERS INCORPORATING SERV**<br>**221 Bolivar Street**<br>**Jefferson City, MO 65101** | Line **3.32**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 **Reg Agent for Guardtronic Inc**<br>**104 North 13th Street**<br>**Attn: Ricky L Brown**<br>**Fort Smith, AR 72901** | Line **3.36**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 **Reg Agent for Heartland Bus Sy**<br>**Registered Agents Inc**<br>**202 NORTH CEDAR AVENUE**<br>**Suite #1**<br>**Owatonna, MN 55060** | Line **3.37**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 **Reg Agent for Lowes**<br>**Corporation Service Company**<br>**300 S Spring St**<br>**Suite 900**<br>**Little Rock, AR 72201** | Line **3.50**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 **Reg Agent for Tesla**<br>**CT Corp System**<br>**320 S. Izard Street**<br>**Little Rock, AR 72201** | Line **3.76**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 **Reg Agent for WholeSale Electr**<br>**CT Corporation System**<br>**320 S Izard Street**<br>**Little Rock, AR 72201** | Line **3.85**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 **Reg. Ag, for Entergy Arkansas**<br>**Darryl M. Phillips**<br>**639 Loyola Avenue**<br>**26th Floor**<br>**New Orleans, LA 70113** | Line **3.31**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 **Reg. Ag. for Airgas USA, LLC**<br>**C T Corporation System**<br>**1200 South Pine Island Road**<br>**Plantation, FL 33324** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 **Reg. Ag. for Cox Comm.**<br>**Corporation Service Company**<br>**2 Sun Court**<br>**STE 400**<br>**Peachtree Corners, GA 30092** | Line **3.22**<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 **Reg. Ag. for Le-ru tele. co**<br>**Mitchell W. Jay**<br>**5356 Walnut Drive**<br>**Joplin, MO 64804** | Line **3.46**<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 **Reg. Ag. for Leads Optics**<br>**PO BOX 481**<br>**Bloomfield Hills, MI 48303** | Line **3.48**<br><br>☐ Not listed. Explain ____ | _ |

Debtor  **Shine Solar, LLC**
_____
Name

Case number (if known)  _____

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.23 | **Reg. Ag. for Union Electric Co**<br>**THE CORPORATION COMPANY**<br>**600 S 2nd St. STE 104**<br>**Springfield, IL 62704-2550** | Line **3.78**<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Reg. Ag. fr Blackfoot Comm.**<br>**Corporation Service Company**<br>**300 Deschutes Way SW STE 208 M**<br>**Tumwater, WA 98501** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.25 | **Reg. Agent for United Rentals**<br>**Corporation Service Company**<br>**300 Spring Building**<br>**Suite 900**<br>**Little Rock, AR 72201** | Line **3.79**<br><br>☐ Not listed. Explain ____ | _ |
| 4.26 | **Select Medical**<br>**Legal counsel to Concentra**<br>**4714 Gettysburg Road**<br>**Attn Mike Tarvin**<br>**Mechanicsburg, PA 17055** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $   0.00 |
| **5b. Total claims from Part 2** | 5b. + | $   2,063,966.03 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $   2,063,966.03 |

3/17/25 5:06PM

---

**Fill in this information to identify the case:**

Debtor name   **Shine Solar, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF ARKANSAS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial Warehouse Lease for 400 W New Hope Rd Suite 100, Rogers AR**<br>**13 months - ends 04/31/2026** | 
| | **6420 Bentonville Rogers, LLC**<br>**PO Box 609**<br>**Searcy, AR 72145** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial Warehouse Lease for 1700 Anaconda St., Harrisonville, MO**<br>**22 months - ends 12/31/2026** |
| | **Anaconda LLC**<br>**1507 NE Wall Street**<br>**Lees Summit, MO 64086** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial Warehouse Lease for 9197 St. Charles Rock Road, Building B, St. Louis, MO 63114**<br>**32 months - ends 11/30/2027** |
| | **Get Spiffy, Inc.**<br>**Attn: Facilities**<br>**4506 S. Miami Blvd**<br>**Suite 150**<br>**Durham, NC 27703** |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial Warehouse Lease for 5320 S. Shackleford Road, Suite G, Little Rock AR 72204**<br>**9 months - ends 12/31/2025** |
| | **RPM Group**<br>**PO Box 7300**<br>**Little Rock, AR 72217** |

Debtor 1  **Shine Solar, LLC**                                              Case number *(if known)*  _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Warehouse Lease for 11900 S Meridian Ave, Oklahoma City OK 73173** | |
|---|---|---|---|
| | State the term remaining | **18 months - ends 9/30/2026** | **TGIF Storage, LLC 7208 NE 135th St. Edmond, OK 73013** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Warehouse Lease for 4495 SW 199th St., OKC, OK 73173** | |
|---|---|---|---|
| | State the term remaining | **18 months - ends 09/30/2026** | **TGIF Storage, LLC 7208 NE 135th St. Edmond, OK 73013** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Main office - 5214 W Village Pkwy, Suite 100, Rogers AR 72758** | |
|---|---|---|---|
| | State the term remaining | **21 month - ends 12/31/2026** | **Willow Crossing Development LL PO Box 6245 Attn: Timothy Graham Springdale, AR 72766** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name        **Shine Solar, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF ARKANSAS

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Caleb Gorden** | **PG** | **Western Equipment Finance** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Caleb Gorden** | | **Western Equipment Finance** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Nick Gorden** | **PG** | **Western Equipment Finance** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **Nick Gorden** | | **Western Equipment Finance** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Caleb Gorden** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Western District of Arkansas |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 122B
## Chapter 11 Statement of Your Current Monthly Income
12/21

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

**Part 1:  Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

    ■ **Not married**. Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you**. Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you**. Fill out Column A, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 0.00 | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | |
| Net monthly income from a business, profession, or farm | $ | 0.00 | Copy here -> $ 0.00 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 0.00 | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | |
| Net monthly income from rental or other real property | $ | 0.00 | Copy here -> $ 0.00 | $ |

Debtor 1   **Shine Solar, LLC**

Case number (*if known*) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | $ 0.00 |
| For your spouse | $ |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

|  | $ 0.00 | $ |
|---|---|---|

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

|  | | Column A | Column B |
|---|---|---|---|
| | | $ | $ |
| | | $ 0.00 | $ |
| Total amounts from separate pages, if any. | + | $ 0.00 | $ |

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$ 0.00  +  $  =  $ 0.00

Debtor 1    **Shine Solar, LLC**                                        Case number (*if known*) _____

---

| **Part 2:** | **Sign Below** |

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** **/s/ Caleb Gorden**
‎      **Caleb Gorden**
‎      Signature of Debtor 1

Date   **March 17, 2025**
‎      MM / DD  / YYYY

---

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Shine Solar, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>WESTERN DISTRICT OF ARKANSAS</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1.  **Gross revenue from business**

    ☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$57,632,840.00** |
| **For year before that:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$66,066,711.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|
| 3.1.   **See Attached List** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |

| Debtor | **Shine Solar, LLC** | Case number *(if known)* | |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Vincent Meyer**<br><br>**Past Partner & President of Sales** | **4/9/24** | **$16,666.00** | **Last Payment on Owner Buyout from 2022.** |
| 4.2. **Amex** | **monthly** | **$1,634,018.00** | **regular monthly payoff of company cc** |
| 4.3. **CED Greentech**<br>**2201 North 17th Street**<br>**Rogers, AR 72756** | **as invoiced** | **$1,687,631.06** | **regular payment of invoices** |
| 4.4. **Wesco**<br>**1210 Esi Drive**<br>**Springdale, AR 72764** | | **$3,490,901.00** | **regular payment of invoices** |
| 4.5. **WEF** | | **$48,642.63** | **regular payment** |
| 4.6. **Anaconda LLC**<br>**1507 NE Wall Street**<br>**Lees Summit, MO 64086** | | **$100,467.30** | **monthly rent for WH holding company assets** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Clegg v. Shine Solar**<br>**04CV-24-936** | **Deceptive Trade Practices, negligence, breach of contract** | **Benton County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

3/17/25 5:06PM

Debtor    **Shine Solar, LLC**                                                Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **In re: Robert Figueroa**<br>EEOC 493-2023-01712 | **Age discrimination** | **EEOC Little Rock Area Office** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Shine Solar v. Fitzsimmons**<br>04CV-24-3424 | **Breach of contract** | **Benton County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Shine Solar v. Fowler**<br>04CV-24-859 | **Breach of contract** | **Benton County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Garner et al. v. Shine Solar**<br>5:24-cv-5081-TLB | **FLSA wage and hour** | **U.S. District Court, WDARK** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | **Shine Solar v. Greene**<br>04CV-24-3421 | **Breach of contract** | **Benton County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Hudgins v. Shine Solar**<br>73CV-23-1106 | **Breach of warranty** | **White County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Shine Solar v. Johnson**<br>04CV-24-4164 | **Breach of Contract** | **Benton County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Shine Solar v. Jones**<br>04CV-24-1877 | **Breach of contract** | **Benton County Circuit Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. | **In re: LuPardus Complaint No. CC-2025-02-001725** | **MO Attorney General Consumer Complaint** | **MO AG's Office** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Moore v. Shine Solar**<br>E-12/23-55821 | **Employment Discrimination** | **Missouri Comm on Human Rights** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **Shine Solar v. Ponce**<br>04CV-24-1919 | **Breach of Contract** | **Benton County Circuit Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.13. | **NW Med. Center v. Alaniz**<br>CV-18-1303 | **Garnishment Effort of Shine as Employer - Defendant not employed by Shine Solar** | **Washington Co. District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Shine Solar, LLC**                                          Case number *(if known)*

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.14. **Jefferson Cap. Sys v. Shine Solar** 04CV-18-1342 | **Garnishment - Shine is employer; garnishment dismissed.** | **Benton County Circuit Court** | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Razorback Foundation** | **cash donations** | **9/29/23, 10/30/23, 11/29/23, 6/16/24, 8/27/23** | **$18,333.34** |
| | Recipients relationship to debtor | | | |
| 9.2. | **Arkansas Advanced Energy Association** | | **2/29/24** | **$3,000.00** |
| | Recipients relationship to debtor | | | |
| 9.3. | **LDS Philanthropies** | | **1/18/24** | **$1,000.00** |
| | Recipients relationship to debtor | | | |
| 9.4. | **Gregory Gorden** | **Ex-employee that elected to have his compensation paid to charitable contribution, $400 per month.** | **10/15/23 - 12/16/24** | **$6,400.00** |
| | Recipients relationship to debtor | | | |

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor  **Shine Solar, LLC**                                  Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bond Law Office**<br>**525 S. School Avenue**<br>**Suite 100**<br>**Fayetteville, AR 72701** | | **01/23/2025** | **$60,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Multiple** | **See attached list - vehicles sold** | **Jan-Feb 2025** | **$233,246.50** |
| | Relationship to debtor | | | |

Debtor   **Shine Solar, LLC**                                           Case number *(if known)*

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2 . | | 1. Enphase IQ8 Plus Quantity: 6,073 Price: $458,923.86 2. Enphase Combiner 5 Quantity: 430 Price: $166,156.30 3. Maxeon X400R Quantity: 1,615 Price: $112,565.50 4. Silfab 370X Quantity: 768 Price: $38,645.25 5. Silfab 380HC Quantity: 780 Price: $44,350.80 | | |
| | **Arrowhead Solar LLC** | 6. Tesla Backup Gateway 3 Quantity: 25 Price: $15,937.50 | **3/13/25** | **$836,579.21** |
| | Relationship to debtor | | | |

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1616 Elm Hill Pike Nashville, TN 37210** | **2020-2022** |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**Name, Address, Recording of Sales call**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

Debtor    **Shine Solar, LLC**        Case number *(if known)* _____

■ No Go to Part 10.
☐ Yes. Fill in below:

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Arvest** PO Box 1670 Lowell, AR 72745 | XXXX-3293 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 03/31/2024 | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor   **Shine Solar, LLC** _____   Case number *(if known)* _____

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1.  **Luminary Systems, LLC 5214 W Village Parkway Suite 100 Rogers, AR 72759** | **Holding Company for Software developed at Shine Solar LLC, spun off by owners in 2022** | EIN:   **92-0738575** From-To   **10/22 to present** |
| 25.2.  **N999WS, LLC** | **Entity that held a plane purchased for Shine Solar leadership corporate travel - Shine paid service fees to entity. Plane sold in 2024.** | EIN: From-To   **2023-2024** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Michael Di Pietro, CPA (taxes) 140 S Lake Ave #324 Pasadena, CA 91101** | **2022 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

3/17/25 5:06PM

Debtor **Shine Solar, LLC**                                              Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Pierce Firm, PLLC**<br>**2241 Green Acres Road**<br>**Fayetteville, AR 72703** | **2022, 2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Jonathan Williams (current CFO)** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Bank of America, N.A.**<br>**Gateway Village - 900 Building**<br>**NC1-026-06-06**<br>**900 W. Trade Street**<br>**Charlotte, NC 28255** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Brian Harvey, Director of Supply Chain & Inventory Mgmt** | **Quarterly** | |
| | Name and address of the person who has possession of inventory records | | |
| | **Jonathan Williams** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Encarnacion Revocable Trust** | | **Part Owner** | **13.7785** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Nemby Revocable Trust** | | **Part Owner** | **13.7784** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **ABP Ventures LLC** | | **Part Owner** | **30.8636** |

3/17/25 5:06PM

Debtor  **Shine Solar, LLC** _____  Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **CR6 Ventures Inc.** | | **Part Owner** | **19.8409** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Motivated Management Inc.** | | **Part Owner** | **3** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **SD Shine Solar Partners, GP** | | **Part Owner** | **4.4091** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Simonton Investments LLC** | | **Part Owner** | **14.3295** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Nick Gorden** | | **CEO, Part Owner (through Trusts), Board Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Robert Judd** | | **Part Owner (through entity), Board Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Josh Simonton** | | **Part Owner (through entity), Board Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ethan Willis** | | **Part Owner (through entity), Board Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Caleb Gorden** | | **President Part Owner (through entity), Board Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brian Dubcak** | | **Operations Manager** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jonathan Williams** | | **CFO** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

3/17/25 5:06PM

Debtor  **Shine Solar, LLC**  Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Toby Parker** | | **Chief Financial Offer** | **June 2020 - Aug 2024** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Caleb Gorden** | **$63,459.55 total reimbursements. $45,729.19 in one transaction as reimbursement for payment of materials invoice.  Remaining in smaller transactions (less than $2500) reimbursement for company travel or company purchases.** **Plus Management Fee (only compensation, no salary) - paid monthly throughout 2024 except for 3 months - $21,00 per month** | **Jan 2024 - Jan 2025** | **Reimbursement of Expenses paid on behalf of company** |
| | **Relationship to debtor** **Board Member, Executive Member** | | | |
| 30.2. | **Nick Gorden** | **$7138.75 total in reimbursements. Plus monthly "management fees" (no salary - only compensation) - paid throughout 2024 except for 3 months - $28,000 per month.** | **Jan 2024 - Oct 2024** | **Reimbursement of Expenses paid on behalf of company** |
| | **Relationship to debtor** **Board Member, CEO** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

Debtor   **Shine Solar, LLC**                                    Case number *(if known)*

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 17, 2025**

**/s/ Caleb Gorden**                                    **Caleb Gorden**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

| Date | Payee | Amount | | Date | Payee | Amount |
|------|-------|--------|---|------|-------|--------|
| 1/7/25 | 6420 Bentonville | $ 13,050.00 | | 2/13/25 | Cox | $ 186.67 |
| 2/19/25 | 6420 Bentonville | $ 13,050.00 | | 2/19/25 | Cox | $ 162.08 |
| 3/3/25 | 6420 Bentonville | $ 13,050.00 | | 2/21/25 | Cox | $ 1,448.00 |
| 12/30/25 | Adnet | $ 55,435.00 | | 2/25/25 | Cox | $ 641.14 |
| 12/17/24 | American Express | $ 25,442.99 | | 12/16/24 | Cox | $ 186.67 |
| 1/13/25 | American Express | $ 8,803.19 | | 12/19/24 | Cox | $ 162.08 |
| 1/17/25 | American Express | $ 102,835.37 | | 12/23/24 | Cox | $ 1,448.00 |
| 1/28/25 | American Express | $ 5,133.77 | | 12/26/24 | Cox | $ 641.14 |
| 2/20/25 | American Express | $ 40,708.21 | | 12/27/24 | Cox | $ 267.61 |
| 2/4/25 | Anaconda | $ 16,469.30 | | 3/10/25 | Customer Check - C.S. | $ 21,949.00 |
| 3/3/25 | Anaconda | $ 8,234.67 | | 2/25/25 | Customer Check - E.L. | $ 26,500.00 |
| 12/23/24 | Arkansas tax | $ 18,941.00 | | 1/2/25 | Customer Check - J.N. | $ 8,500.00 |
| 1/22/25 | Arkansas tax | $ 21,031.00 | | 12/26/24 | Customer Check - J.D. | $ 9,200.00 |
| 2/21/25 | Arkansas tax | $ 18,792.00 | | 1/21/25 | Customer Check - J.B. | $ 8,000.00 |
| 12/16/24 | Anvest | $ 2,485.26 | | 1/23/25 | Customer Check - K.C. | $ 52,000.00 |
| 12/16/24 | Anvest | $ 2,169.10 | | 1/7/25 | Customer Check - R.B. | $ 9,100.00 |
| 12/26/24 | Anvest | $ 3,038.95 | | 3/4/25 | Customer Check - S.R. | $ 15,000.00 |
| 12/26/24 | Anvest | $ 2,261.64 | | 1/3/25 | Divvy | $ 223,492.60 |
| 12/26/24 | Anvest | $ 382.72 | | 2/5/25 | Divvy | $ 183,827.05 |
| 12/26/24 | Anvest | $ 314.18 | | 3/3/25 | Divvy | $ 379,486.78 |
| 1/13/25 | Anvest | $ 73,909.17 | | 12/30/25 | Divvy | $ 20,000.00 |
| 1/13/25 | Anvest | $ 6,331.76 | | 2/18/25 | Duct Brothers | $ 10,800.00 |
| 1/14/25 | Anvest | $ 2,485.26 | | 12/19/24 | Eagle Point | $ 25,000.00 |
| 1/14/25 | Anvest | $ 86.07 | | 2/5/25 | Edison | $ 88,115.18 |
| 1/16/25 | Anvest | $ 2,169.10 | | 2/24/25 | Edison | $ 52,280.99 |
| 1/23/25 | Anvest | $ 35,125.49 | | 1/7/25 | Elliott Electric | $ 99,966.32 |
| 1/23/25 | Anvest | $ 6,096.41 | | 2/19/25 | Elliott Electric | $ 44,210.56 |
| 1/23/25 | Anvest | $ 1,074.94 | | 2/4/25 | First Insurance | $ 17,912.13 |
| 1/27/25 | Anvest | $ 3,038.95 | | 12/17/24 | First Insurance | $ 17,059.20 |
| 1/27/25 | Anvest | $ 2,261.64 | | 12/23/24 | IDI | $ 27,367.00 |
| 1/27/25 | Anvest | $ 314.18 | | 1/2/25 | Indeed | $ 10,330.44 |
| 1/30/25 | Anvest | $ 44,382.10 | | 3/3/25 | Interest | $ 104,781.46 |
| 2/12/25 | Anvest | $ 57,392.67 | | 12/26/24 | Kansas tax | $ 3,220.47 |
| 12/26/24 | Anvest | $ 4,012.69 | | 1/27/25 | Kansas tax | $ 3,476.42 |
| 1/23/25 | Bond Law | $ 60,000.00 | | 2/25/25 | Kansas tax | $ 3,174.48 |
| 12/20/24 | Briya | $ 65,135.14 | | 12/20/24 | Lead Genesis | $ 1,760.00 |
| 1/23/25 | Briya | $ 155,621.00 | | 12/27/24 | Lead Genesis | $ 14,000.00 |
| 1/10/25 | Built Like A Bam | $ 13,778.00 | | 12/27/24 | Lead Optics | $ 10,747.00 |
| 12/26/24 | CED | $ 26,154.80 | | 1/22/25 | Lowes | $ 6,628.18 |
| 12/26/24 | CED | $ 7,797.39 | | 12/23/24 | Lowes | $ 2,242.35 |
| 12/26/24 | CED | $ 4,539.20 | | 1/6/25 | Missouri tax | $ 3,445.42 |
| 12/26/24 | CED | $ 865.83 | | 2/4/25 | Missouri Tax | $ 4,624.50 |
| 1/25/25 | CED | $ 8,508.40 | | 3/4/25 | Missouri Tax | $ 8,345.63 |
| 1/13/25 | Cox | $ 186.67 | | 12/18/24 | NXL AI | $ 22,270.00 |
| 1/21/25 | Cox | $ 1,448.00 | | 12/26/24 | Oklahoma Tax Payments | $ 12,126.96 |
| 1/21/25 | Cox | $ 162.08 | | 1/23/25 | Oklahoma Tax Payments | $ 28,385.43 |
| 1/27/25 | Cox | $ 641.14 | | 2/24/25 | Oklahoma Tax Payments | $ 16,233.94 |
| 1/27/25 | Cox | $ 267.61 | | 12/23/24 | Oreilly | $ 8,751.78 |

| Date | Payee | Amount |
|---|---|---|
| 2/5/25 | Pierce Firm | $ 13,208.73 |
| 12/20/24 | Pointe | $ 60,162.23 |
| 1/10/25 | Pointe | $ 21,859.04 |
| 1/23/25 | Pointe | $ 51,935.14 |
| 2/10/25 | Pointe | $ 17,946.88 |
| 2/21/25 | Pointe | $ 7,000.00 |
| 1/30/25 | Principal | $ 7,661.36 |
| 3/3/25 | Principal | $ 1,346.10 |
| 12/30/25 | Principal | $ 9,463.02 |
| 12/26/24 | RMP | $ 4,665.75 |
| 2/6/25 | RMP | $ 4,485.00 |
| 3/4/25 | Rollin Ford | $ 26,489.50 |
| 12/31/25 | Signature Solar | $ 66,358.78 |
| 12/19/24 | Siltab | $ 146,816.00 |
| 12/27/24 | Siltab | $ 53,747.20 |
| 1/8/25 | Simpara | $ 4,600.00 |
| 1/27/25 | Simpara | $ 4,600.00 |
| 12/24/24 | Solarize | $ 5,016.00 |
| 12/27/24 | Solarize | $ 2,926.00 |
| 1/6/25 | Solarize | $ 7,934.57 |
| 1/16/25 | Solarize | $ 2,090.00 |
| 1/23/25 | Solarize | $ 5,561.74 |
| 2/7/25 | Solarize | $ 10,832.00 |
| 2/10/25 | Solarize | $ 10,975.00 |
| 12/16/24 | Solarviews | $ 16,521.00 |
| 12/21/24 | Solarviews | $ 18,679.00 |
| 1/8/25 | Solarviews | $ 16,077.00 |
| 1/28/25 | Stanley Bond | $ 60,000.00 |
| 12/24/24 | Sunhub | $ 57,254.40 |
| 12/18/24 | T&J Exteriors | $ 60,000.00 |
| 12/26/24 | T&J Exteriors | $ 11,995.54 |
| 12/26/24 | T&J Exteriors | $ 10,700.00 |
| 1/15/25 | T&J Exteriors | $ 18,050.00 |
| 2/7/25 | T&J Exteriors | $ 9,875.00 |
| 2/7/25 | T&J Exteriors | $ 7,757.58 |
| 2/22/25 | T&J Exteriors | $ 9,816.87 |
| 12/26/25 | T&J Exteriors | $ 2,500.00 |
| 12/20/24 | Tesla | $ 1,658.58 |
| 12/23/24 | Tesla | $ 746.00 |
| 12/23/24 | Tesla | $ 108.00 |
| 1/6/25 | Tesla | $ 47,358.00 |
| 1/9/25 | Tesla | $ 46,308.00 |
| 1/10/25 | Tesla | $ 2,291.00 |
| 1/10/25 | Tesla | $ 1,158.00 |
| 1/10/25 | Tesla | $ 1,050.00 |
| 1/24/25 | Tesla | $ 46,308.00 |
| 2/11/25 | Tesla | $ 47,358.00 |
| 12/30/25 | Tesla | $ 912.86 |
| 1/7/25 | TGIF | $ 9,313.22 |
| 3/3/25 | TGIF | $ 8,943.75 |
| 3/3/25 | TGIF | $ 8,943.76 |
| 2/24/25 | That Solar Company | $ 15,290.00 |
| 3/6/25 | That Solar Company | $ 6,150.00 |
| 12/26/24 | The Hartford | $ 42,157.81 |
| 1/29/25 | The Hartford | $ 65,660.38 |
| 2/14/25 | The Hartford | $ 4,415.00 |
| 12/20/24 | United Rentals | $ 860.68 |
| 12/23/24 | United Rentals | $ 1,604.16 |
| 1/6/25 | United Rentals | $ 4,189.67 |
| 1/10/25 | United Rentals | $ 253.72 |
| 1/13/25 | United Rentals | $ 8,066.42 |
| 1/15/25 | United Rentals | $ 2,076.58 |
| 1/16/25 | United Rentals | $ 1,243.91 |
| 1/17/25 | United Rentals | $ 755.89 |
| 2/9/25 | United Rentals | $ 7,954.07 |
| 12/30/25 | United Rentals | $ 887.96 |
| 2/7/25 | Wesco | $ 27,503.77 |
| 2/11/25 | Wesco | $ 165,231.76 |
| 3/1/25 | Wesco | $ 18,182.00 |
| 3/11/25 | Wesco | $ 118,979.88 |
| 12/16/24 | Western Equipment Finance | $ 896.83 |
| 12/26/24 | Western Equipment Finance | $ 2,349.31 |
| 1/15/25 | Western Equipment Finance | $ 896.83 |
| 1/27/25 | Western Equipment Finance | $ 2,349.31 |
| 2/25/25 | Western Equipment Finance | $ 2,349.31 |
| 1/9/25 | Wex | $ 53,515.89 |
| 2/12/25 | Wex | $ 48,339.97 |
| 1/6/25 | Willow Crossing Development | $ 31,841.94 |

| Vehicle Description | Vehicle # | Bill of Sale Price |
|---|---|---|
| nissan van NV200 | 71 | $ 2,000.00 |
| 2018 Ram 2500 | 54 | $ 3,850.00 |
| Trailer | 227 | $ 2,200.00 |
| 2021 Chevrolet Silverado | 199 | $ 3,850.00 |
| 2015 Chevrolet Silverado 2500 | 63 | $ 3,800.00 |
| 2020 Ram 1500 | 175 | $ 2,950.00 |
| 2017 Chevrolet Silverado 2500HD | 161 | $ 6,500.00 |
| 2015 Chevrolet Silverado 2500 | 62 | $ 5,000.00 |
| 2021 Chevrolet Silverado 2500HD | 196 | $ 10,500.00 |
| 2021 Chevrolet Silverado 2500HD | 186 | $ 3,800.00 |
| Trailer | 219 | $ 1,500.00 |
| Trailer | 231 | $ 4,000.00 |
| Trailer - broken axel | 232 | $ 1,000.00 |
| 2021 Chevy | 191 | $ 6,500.00 |
| 2021 Chevy | 100 | $ 20,000.00 |
| 2014 Ram | 163 | $ 8,000.00 |
| 2020 Ram | 184 | $ 17,000.00 |
| 2016 GMC Sierra | 149 | $ 3,800.00 |
| 2005 Ford F350 - White | 57 | $ 7,500.00 |
| 2013 Chevy Silverado 1500 | 150 | $ 4,250.00 |
| GMC Sierra 2008 | 193 | $ 2,000.00 |
| 2020 Ram Pickup 1500 Classic | 178 | $ 3,800.00 |
| 2020 Traveler (Eagle) | 217 | $ 1,500.00 |
| 2015 Chevrolet Colorado Work Truck | 172 | $ 3,000.00 |
| 2016 RAM 3500 3C7WRSCL5GG290956 | 64 | $ 23,000.00 |
| 2020 PJ Trailers 28' Gooseneck , Solar Trailer , 4P5H72820L1334811 | 214 | $ 2,000.00 |
| 2020 Ram Pickup 2500 | 183 | $ 15,000.00 |
| 2018 Chevrolet Silverado 2500 - White | 56 | $ 9,000.00 |
| 2017 Transit | 115 | $ 2,000.00 |
| 2016 Chevrolet Colorado | 155 | $ 3,000.00 |
| 2016 CHEVROLET EXPRESS G3500 1GB0GRFFXG1118481 | 66 | $ 7,000.00 |
| 2011 Ford E-Series Wagon | 123 | $ 1,000.00 |
| 2007 Yale Propane Forklift Triple 5,000lb | | $ 6,000.00 |
| 2008 Dodge Ram 1500 - 1D7HA16K88J192052 | | $ 1,496.50 |
| 2017 Chevrolet Silverado 1500 - White | 53 | $ 3,950.00 |
| 2007 Ram | 162 | $ 5,500.00 |
| Kubota excavator | 306 | $ 5,000.00 |
| Hino | 453L | $ 5,000.00 |
| Silverado | 186L | $ 15,000.00 |
| 2021 Load Trail Tandem Tilt-N-Go | | $ 1,000.00 |
| Total: | | $ 233,246.50 |

3/17/25 5:06PM

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Arkansas

In re **Shine Solar, LLC**

Debtor(s)

Case No.

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 58,262.00 |
| Prior to the filing of this statement I have received | $ | 58,262.00 |
| Balance Due | $ | 0.00 |

2.  $ **1,738.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    b.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    c.  [Other provisions as needed]
    **The preparation and filing of a bankruptcy case under Chapter 11 of the United States Bankruptcy Code, necessary motions, applications and orders common to such cases, the commencement and defense of contested matters, examination of claims and bringing of objections to such claims, document review, attendance at meetings of creditors, hearings and examinations, and related services.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of officers, directors or employees of the debtor.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 17, 2025**

Date

**/s/ Stanley V. Bond**

**Stanley V. Bond 93034**

Signature of Attorney

**Bond Law Office**
**525 S. School Ave.**
**Suite 100**
**Fayetteville, AR 72701**
**479-444-0255  Fax: 479-235-2827**
**attybond@me.com**

Name of law firm

3/17/25 5:06PM

# United States Bankruptcy Court
## Western District of Arkansas

In re   **Shine Solar, LLC**
Debtor(s)

Case No.
Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ABP Ventures LLC** | **Class A** | **308636** | **Member Interest** |
| **CR6 Ventures Inc.** | **Class A** | **198409** | **Member Interest** |
| **Encarnacion Revocable Trust** | **Class A** | **137785** | **Member Interest** |
| **Motivated Management Inc.** | **Class A** | **30000** | **Member Interest** |
| **Nemby Revocable Trust** | **Class A** | **137784** | **Member Interest** |
| **SD Shine Solar Partners, GP** | **Class A** | **44091** | **Member Interest** |
| **Simonton Investments LLC** | **Class A** | **143295** | **Member Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March 17, 2025**

Signature   **/s/ Caleb Gorden**
**Caleb Gorden**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Arkansas

In re    **Shine Solar, LLC**                           Case No. _____

                                      Debtor(s)          Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 17, 2025** _____          **/s/ Caleb Gorden** _____

                                               **Caleb Gorden**/**President**
                                               Signer/Title

6420 Bentonville Rogers, LLC
PO Box 609
Searcy, AR 72145


Adnet LLC
2810 N Church St #52146
Wilmington, DE 19802


Adobe Inc.
345 Park Avenue
Attn: General Counsel
San Jose, CA 95110-2704


AEB Benefits, LLC dba Simpara
421 Industrial Dr. E
Sulphur Springs, TX 75482


Aeroseal
225 Byers Rd
Miamisburg, OH 45342


Agent for Aeroseal LLC
Corp Service Company
1160 Dublin Road Suite 400
Columbus, OH 43215


Airgas USA, LLC
PO BOX 1152
Tulsa, OK 74101


Airtable
1 Front Street
Floor 28
San Francisco, CA 94111


Allianz Trade
100 International Drive
22nd Floor
Attn: Bankruptcy
Baltimore, MD 21202


American Water
Po Box 2978
Camden, NJ 08101

Amidaware
1968 S Coast Hwy PMB 3847
Laguna Beach, CA 92651-3681

Anaconda LLC
1507 NE Wall Street
Lees Summit, MO 64086

Ark Dept Fin & Admin
PO Box 1272
Little Rock, AR 72203-1272

AT & T
Whitacre Tower
208 S Akard St.
Dallas, TX 75202

Atlassian Inc. dba Loom
350 Bush Street, Floor 13
Attn: Legal Department
San Francisco, CA 94104

Aurora
PO BOX 102896
Pasadena, CA 91189

Autodesk, Inc.
1 Market St.
Suite 400
San Francisco, CA 94105-1336

Bank of America, N.A.
Gateway Village - 900 Building
NC1-026-06-06
900 W Trade Street
Charlotte, NC 28255

Benton County Assessor
2109 W Walnut
Rogers, AR 72756

Blackfoot Communications
PO BOX 35130
Seattle, WA 98124

Caleb Gorden


Call Tools
530 Technology Drive
Suite 100
Irvine, CA 92618


Callpurity
109 East 17th Street
Suite 480
Cheyenne, WY 82001


Cisco Systems Capital Corp
PO BOX 825736
Philadelphia, PA 19182


City of Fort Smith
623 Garrison Ave
Fort Smith, AR 72901


City of Harrisonville
PO Box 367
Harrisonville, MO 64701


Click Funnels
Attn Legal Dept
225 Reformation Pkwy
Suite 204
Canton, GA 30114


Cloudways by Digital Ocean LLC
101 Avenue of the Americas
10th Floor
New York, NY 10013


Concentra
5080 Spectrum Drive
Suite 1200W
Addison, TX 75001


Corporation Company
735 First National Bldg
Reg Agent for
Insulation Distributors, Inc.
Oklahoma City, OK 73102

Cox Communications, Inc.
6205 Peachtree Dunwoody Road
Atlanta, GA 30328


Darragh
1404 E 6th Street
Little Rock, AR 72202


Discount Tire
20225 N. Scottsdale Rd
Scottsdale, AZ 85255


DivvyPay LLC
13707 S 200 W Suite 100
Draper, UT 84020


Domo, Inc.
802 E 1050 S
American Fork, UT 84003


DroneDeploy, Inc.
548 Market St. #34583
Attn: General Counsel
CA 94101


Edison Health Solutions
PO BOX 1550
Jenks, OK 74037


Eleven Labs
169 Madison Ave #2484
Attn: Legal Dept
New York, NY 10016


Elliot Electric Supply
2526 North Stallings Drive
PO Box 630610
Nacogdoches, TX 75963


Entergy
PO Box 8101
Baton Rouge, LA 70891

Fidelity Telephone LLC
64 North Clark
Sullivan, MO 63080


Frame.io
345 Park Avenue
Attn: General Counsel
San Jose, CA 95110-2704


Ft Smith City Attorney
101 South 10th St
Fort Smith, AR 72901


Get Spiffy, Inc.
Attn: Facilities
4506 S. Miami Blvd Suite 150
Durham, NC 27703


Get Spiffy, Inc.
Attn: Facilities
4506 S. Miami Blvd
Suite 150
Durham, NC 27703


Gill Ragon Owen PA
Reg Agent for Darragh
425 W Capitol Ave
Suite 3800
Little Rock, AR 72201


GoCanvas
11951 Freedom Drive
Suite 401
Attn: General Counsel
Reston, VA 20190


Guard Tronic Inc.
902 South 8th St
Rogers, AR 72756


Heartland Business Systems LLC
PO BOX 856846
Minneapolis, MN 55485

Hedgeye Risk Management LLC
1 High Ridge Park
Stamford, CT 06905


Home Solutions
1122 Oberlin Road
Ste 300
Raleigh, NC 27605


HotelEngine, Inc.
250 Fillmore Street
Suite 150
Attn: bankruptcy
Denver, CO 80206


IBTS
45207 Research Place
Attn: Bankruptcy
Ashburn, VA 20147


Illumine
1320 Arrow Point Drive
Ste. 501 #163
Cedar Park, TX 78613


Indeed
Indeed Tower 200 West 6th St
Floor 36
Attn: Bankruptcy
Austin, TX 78701


Insulation Distributors, Inc.
8303 Audubon Road
Attn: Bankruptcy
Chanhassen, MN 55317


Intent Driver dba Energy Bill
8383 Wilshire Blvd.
Ste. 540
Beverly Hills, CA 90211


Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Kansas Dept. of Revenue
PO Box 750260
Jefferson City, MO 65106


Le-Ru Telephone Company
555 Carter Street
Stella, MO 64867


Lead Genesis
8022 South Rainbow Blvd.
Ste. 185
Las Vegas, NV 89139


Leads Optics LLC
180 High Oak Road
Bloomfield Hills, MI 48304


Locke Supply Co
PO Box 24980
Oklahoma City, OK 73124-0980


Lowe's Home Centers LLC
1000 Lowes Blvd
Mooresville, NC 28117


Macro.com
54 W 21st St
Attn: bankruptcy
New York, NY 10010


Marck Industries
715 Main Street
Cassville, MO 65625


Marck Recycling & Waste
705 South Bloomington Street
Lowell, AR 72745


Missouri Department of Revenue
PO Box 475
Jefferson City, MO 65101-0475


Napa Auto Parts
902 South 8th Street
Rogers, AR 72756

New Moon Holdings, LLC
1766 Smokehouse Trail
Attn: Zachary Nock
Fayetteville, AR 72701


Nick Gorden


O'Reilly Auto Parts
233 S. Patterson
Attn: General Counsel
Springfield, MO 65802


ObserveAI
275 Shoreline Drive
Ste. 450
Attn: Bankruptcy
Redwood City, CA 94065


OG&E
321 North Harvey Avenue
Oklahoma City, OK 73102


Oklahoma City Utilities Dept
420 West Main Street
Suite 501
Attn: Bankruptcy
Oklahoma City, OK 73102


Oklahoma Natural Gas
401 North Harvey Avenue
Oklahoma City, OK 73102


Oklahoma Tax Commission
General Counsels Office
100 N Broadway Ave
Suite 1500
Oklahoma City, OK 73102-8601


Open Space
333 Kearny St.
Floor 4
Attn: bankruptcy
San Francisco, CA 94108

```
Ozark Mountain Propane
14770 E Hwy 62
Attn: Betty Sue Jackson
Garfield, AR 72732


Paschal Air, Plumbing & Elec.
280 N Maestri Road
Attn: John Boce Jr, Reg Agent
Springdale, AR 72762


PDQ.com Corp dba SimpleMDM
2200 S Main St
Suite 200
Attn: Legal Dept
Salt Lake City, UT 84115


Plaza Tire Service
PO BOX 779
Cape Girardeau, MO 63703


PX, Inc.
44 Wall Street
Ste. 605
Attn: Bankruptcy
New York, NY 10005


Rapid Scale
301 Hillsborough Street
Suite 1300
Raleigh, NC 27603


RapidScale
6205-B Peachtree Dunwoody Rd
Attn: Legal Dept
Atlanta, GA 30328


Reg Ag. to Plaza Tire
CT Corporation System
124 West Capitol Avenue
Suite 1900
Little Rock, AR 72201


Reg Agent for Callpurity
400 E 20th St
Cheyenne, WY 82001
```

Reg Agent for DivvyPayLLC
INCORPORATING SERVICES, LTD. I
1108 E SOUTH UNION AVE
Midvale, UT 84047


Reg Agent for Domo inc.
Corp Service Company
15 West South Temple
Suite 600
Salt Lake City, UT 84101


Reg Agent for Elliot Electric
Capitol Corp Services Inc
300 S. Spring St Suite 900
Little Rock, AR 72201


Reg Agent for Fidelity Telepho
CSC-LAWYERS INCORPORATING SERV
221 Bolivar Street
Jefferson City, MO 65101


Reg Agent for Guardtronic Inc
104 North 13th Street
Attn: Ricky L Brown
Fort Smith, AR 72901


Reg Agent for Heartland Bus Sy
Registered Agents Inc
202 NORTH CEDAR AVENUE
Suite #1
Owatonna, MN 55060


Reg Agent for Lowes
Corporation Service Company
300 S Spring St
Suite 900
Little Rock, AR 72201


Reg Agent for Tesla
CT Corp System
320 S. Izard Street
Little Rock, AR 72201


Reg Agent for WholeSale Electr
CT Corporation System
320 S Izard Street
Little Rock, AR 72201

Reg. Ag, for Entergy Arkansas
Darryl M. Phillips
639 Loyola Avenue
26th Floor
New Orleans, LA 70113


Reg. Ag. for Airgas USA, LLC
C T Corporation System
1200 South Pine Island Road
Plantation, FL 33324


Reg. Ag. for Cox Comm.
Corporation Service Company
2 Sun Court
STE 400
Peachtree Corners, GA 30092


Reg. Ag. for Le-ru tele. co
Mitchell W. Jay
5356 Walnut Drive
Joplin, MO 64804


Reg. Ag. for Leads Optics
PO BOX 481
Bloomfield Hills, MI 48303


Reg. Ag. for Union Electric Co
THE CORPORATION COMPANY
600 S 2nd St. STE 104
Springfield, IL 62704-2550


Reg. Ag. fr Blackfoot Comm.
Corporation Service Company
300 Deschutes Way SW STE 208 M
Tumwater, WA 98501


Reg. Agent for United Rentals
Corporation Service Company
300 Spring Building
Suite 900
Little Rock, AR 72201


Republic Services
12976 St. Charles Rock Road
Bridgeton, MO 63044

```
RPM Group
PO Box 7300
Little Rock, AR 72217


Sanders Supply, Inc.
107 East Belding
Attn: Billy Sanders, Reg Agent
Hot Springs National Park, AR 71901


Select Medical
Legal counsel to Concentra
4714 Gettysburg Road
Attn Mike Tarvin
Mechanicsburg, PA 17055


Signature Solar
421 Industrial Drive East
Ste. 201
Sulphur Springs, TX 75482


Solarize LLC
650 Friedberg Drive
Attn: Chris Rinehart, Reg Agen
Herculaneum, MO 63048-1639


Summit Utilities, Inc.
Reg Agent - Cogency Global inc
1215 Twin Lakes Drive
Little Rock, AR 72205


Sunshine Disposal Services
PO Box 1106
Lake of the Forest
Bonner Springs, KS 66012


Targhee Professional Offices
155 West 2nd South
Rexburg, ID 83440


Tesla, Inc.
12832 S. Frontrunner Blvd
Attn:Adam Christian, Collect
Draper, UT 84020
```

Texas Comptroller
PO Box 13528
Austin, TX 78711


TGIF Storage, LLC
7208 NE 135th St.
Edmond, OK 73013


Union Electric Company
PO Box 88068
Chicago, IL 60680-1068


United Rentals
100 First Stamford Place
Suite 700
Attn: Bankruptcy
Stamford, CT 06902


US Attorney Eastern District
PO Box 1229
Little Rock, AR 72203


US Attorney Western District
414 Parker Ave.
Fort Smith, AR 72901-1902


Victig
14442 South Center Point Way
Riverton, UT 84065


Webflow, Inc.
398 11th St.
Floor 2
San Francisco, CA 94103


Western Equipment Finance
PO Box 640
503 Highway 2 West
Devils Lake, ND 58301


Wex, Inc.
PO Box 639
attn: Bankruptcy
Portland, ME 04104

```
Wholesale Electric Supply Co
PO Box 650430
Dallas, TX 75265-0430


Willow Crossing Development
PO Box 6245
Springdale, AR 72766


Willow Crossing Development LL
PO Box 6245
Attn: Timothy Graham
Springdale, AR 72766


Wright, Lindsey & Jennings
Attn: Judy Henry
200 W Capitol Ave., Ste 2300
Little Rock, AR 72201


Wyze Labs
8815 122nd Avenue NE
Suite 201
attn: Bankruptcy
Kirkland, WA 98033


Zoho
4141 Hacienda Drive
Pleasanton, CA 94588
```

# United States Bankruptcy Court
## Western District of Arkansas

In re   **Shine Solar, LLC**                          Case No. _____

                      Debtor(s)                Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Shine Solar, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**CR6 Ventures Inc.**

☐ None [*Check if applicable*]

**March 17, 2025**
_____
Date

            **/s/ Stanley V. Bond**
            **Stanley V. Bond 93034**
            Signature of Attorney or Litigant
            Counsel for   **Shine Solar, LLC**
            **Bond Law Office**
            **525 S. School Ave.**
            **Suite 100**
            **Fayetteville, AR 72701**
            **479-444-0255 Fax:479-235-2827**
            **attybond@me.com**