**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**<u>FAYETTEVILLE</u> DIVISION**

**5:25-BK-70455**
**CHAPTER 11**

IN RE:         SHINE SOLAR, LLC            DEBTOR IN POSSESSION

**APPLICATION FOR ORDER FOR EMPLOYMENT OF ATTORNEYS**

COMES NOW THE DEBTOR, and for its application for an order approving the employment of attorneys, state:

1.        That the Debtor filed its voluntary Chapter 11 petition on <u>17th March 2025.</u> The case has not been dismissed or converted since that time, and the Debtor remains as Debtor in Possession.

2.        That the Debtor desires to consult with the attorneys of the law firm of the Bond Law Office, for them to become familiar with the financial affairs of the Debtor, and to represent the Debtor's interests before this court.

3.        That the Debtor desires to employ the Bond Law Office because of its experience in bankruptcy matters.

4.        That the Debtor will pay the Bond Law Office, pursuant to an itemization of its services and costs incurred and upon further application and notice with the court.

5.        That the hourly charge by the Bond Law Office is $375.00 for all work performed by Lead Counsel Stanley Bond and $250.00 for work performed by Associate Counsel Kathryn Worlow. Paraprofessional time is charged at $125.00 per hour. Costs of representation are charged separately.

6.        Before the commencement of the case the Bond Law Office received from the Debtor a filing fee of $1,738.00 and an attorney retainer of $58,262.00.

7.        Neither the Bond Law Office nor its attorneys have any conflict of interest with the Debtor, any of his creditors, any party in interest in this proceeding, the United States Trustee, or any person employed in the Office of the United States Attorney.  The Bond Law Office and its attorneys are each a Disinterested Person within the definition contained in 11 USC §101(14).

WHEREFORE, the Debtor prays that the Court enter an order authorizing the employment of the Bond Law Office and its attorneys from the date of filing of the petition, and for all other relief to which it may prove itself entitled.

**SHINE SOLAR, LLC, DEBTOR IN POSSESSION**

**BOND LAW OFFICE**

By:    /s/ Stanley V. Bond
        Stanley V. Bond      93034
        PO Box 1893
        Fayetteville, AR 72702-1893
        (V)479.444.0255
        (F)479.235.2827
        E-mail: attybond@me.com

### NOTICE OF OPPORTUNITY TO OBJECT

Notice is hereby given that the captioned Debtor in Possession has filed the foregoing Application for Approval of Employment of Attorneys.

Objections to the Application must be filed within twenty-one (21) days of the date of this notice. If objections are received in the time allowed, a hearing will be set by subsequent notice. If no objections are received in the time allowed, the court may approve the Application without further notice or hearing.

Objections may be filed with the Clerk, United States Bankruptcy Court, 35 East Mountain Street, Room 316, Fayetteville, AR 72701. A copy of any objection must also be served on the attorney for the debtor whose address appears below.

**THIS NOTICE IS DATED: 17ᵀᴴ MARCH 2025**

**BOND LAW OFFICE**

By:    /s/ Stanley V. Bond
        Stanley V. Bond      93034
        PO Box 1893
        Fayetteville, AR 72702-1893
        (V)479.444.0255
        (F)479.235.2827
        E-mail: attybond@me.com

### CERTIFICATE OF SERVICE

I, <u>Stanley V. Bond,</u> do hereby certify that a true and correct copy of the above document was served on all parties by electronic delivery or US mail, postage prepaid:

    US Trustee                    By Electronic Notice

*All creditors per matrix appearing in ECF on 03-17-2025*

/s/ Stanley V. Bond                                              Date:  03-17-2025

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**5:25-BK-70455**
**CHAPTER 11**

**IN RE:**　　　SHINE SOLAR, LLC　　　DEBTOR IN POSSESSION

**AFFIDAVIT OF DISINTERESTEDNESS**

STATE OF ARKANSAS
COUNTY OF WASHINGTON

　　　I, Stanley V Bond, do swear or affirm:

　　　1.　　That all attorneys of the firm are attorneys at law and solicitors in chancery licensed and admitted to practice in the state of Arkansas by the Supreme Court of Arkansas, and also before this court. All attorneys of the firm are in good-standing with the Supreme Court of Arkansas.

　　　2.　　That the firm maintains its offices at 525 South School Ave., Ste. 100, Fayetteville, AR 72701.

　　　3.　　That neither the firm nor is associated attorneys have any connection with any creditor, any other party in interest, or their respective attorneys or accountants.

　　　4.　　The firm has received from the Debtor an attorney retainer of $58,262.00.

　　　5.　　That neither the firm nor its associated attorneys have any conflict of interest with the debtor, any of its creditors, any party in interest in this proceeding, the United States Trustee, or any person employed in the Office of the United States Attorney. The firm and its associated attorneys are Disinterested Persons within the definition contained in 11 USC §101(14).

　　　I declare under penalty of perjury that the information set forth above in this Affidavit of Disinterestedness is true and correct.

　　　　　　　　　　　　　　　　　　　BY:　　/s/ Stanley V Bond_____
　　　　　　　　　　　　　　　　　　　　　　STANLEY V BOND, PRESIDENT
　　　　　　　　　　　　　　　　　　　　　　STANLEY V BOND LTD D/B/A BOND LAW OFFICE

　　　　　　　　　　　　　　　　　　　DATE:　03-17-2025_____