**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**<u>FAYETTEVILLE</u> DIVISION**

5:25-BK-70455
CHAPTER 11

IN RE:        SHINE SOLAR, LLC            DEBTOR IN POSSESSION

**MOTION FOR ORDER ESTABLISHING CLAIMS BAR DATE**

COME NOW THE DEBTOR, and for its motion states:

1. That this case was commenced by the filing of a voluntary petition on <u>17th March 2025.</u>  The case has not been dismissed or converted since commencement.

2. The commencement of the case began the period for creditors to file claims.  The Debtors seek a bar date after which no claim shall be considered timely pursuant to 11 USC §501 and §502.

3. The Debtor respectfully requests the claims bar date be 5.00 PM prevailing Central Time in the United States on <u>Monday, 17th June 2025</u> pursuant to Rule 3003 FRBP.

4. Any taxing authority that is a creditor of the Debtor shall have 180 days from the date of commencement of the case to file its initial proof of claim and shall also have 60 days from the due date for any tax return or report the Debtors are required to file to file a subsequent proof of claim.

5. A proposed form of order granting this motion is attached hereto.

WHEREFORE, Debtor prays for an order establishing a claims bar date of 5.00 PM prevailing Central Time in the United States on <u>Monday, 17th June 2025</u>, or such other time as the court may direct and for all other just and proper relief.

SHINE SOLAR, LLC,        DEBTOR IN POSSESSION

**BOND LAW OFFICE**

BY: /S/ Stanley V. Bond
Stanley V. Bond  93034
Po Box 1893
Fayetteville, AR 72701
Office:  (479) 444.0255
Fax:  (479) 235.2827
Email: attybond@me.com

**NOTICE OF OPPORTUNITY TO OBJECT**

Notice is hereby given that the captioned Debtor in Possession has filed the foregoing Motion to Establish Claims Bar Date.

Objections to the above Motion must be filed within twenty-one (21) days of the date of this notice.  If objections are received in the time allowed, a hearing will be set by subsequent notice.  If no objections are received in the time allowed, the court may approve the Motion without further notice or hearing.

Objections may be filed with the Clerk, United States Bankruptcy Court, 35 East Mountain Street, Room 316, Fayetteville, AR 72701.  A copy of any objection must also be served on the attorney for the debtor whose address appears below.

THIS NOTICE IS DATED:        17TH MARCH 2025

**BOND LAW OFFICE**

BY: /S/ Stanley V. Bond
Stanley V. Bond  93034
Po Box 1893
Fayetteville, AR 72701
Office:  (479) 444.0255
Fax:  (479) 235.2827
Email: attybond@me.com

**CERTIFICATE OF SERVICE**

I, <u>Stanley V. Bond,</u> do hereby certify that a true and correct copy of the above document was served on all parties by electronic delivery or US mail, postage prepaid:

      US Trustee      By Electronic Notice

*All creditors per matrix appearing in ECF on 03-17-2025*

/S/ Stanley V. Bond            Date: <u>03-17-2025</u>

<u>Proposed Order</u>

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF ARKANSAS
# <u>FAYETTEVILLE</u> DIVISION

**5:25-BK-70455**
**CHAPTER 11**

IN RE:   SHINE SOLAR, LLC   DEBTOR IN POSSESSION

<u>ORDER ESTABLISHING CLAIMS BAR DATE</u>

NOW ON THIS DAY HEREINAFTER WRITTEN, comes on for hearing the Debtor's Motion for Order Establishing Claims Bar Date [Document \*\*]. The Debtor is represented by the Bond Law Office. With all facts and matters before the court, the court finds and concludes as follows:

1. The above-captioned case was commenced by the filing of a voluntary petition on 17th March 2025. The case has not been dismissed or converted since that time.

2. The claims bar date in this case shall be 5.00 PM prevailing Central Time in the United States on Monday, 17th June 2025 pursuant to Rule 3003 FRBP.

3. Any taxing authority that is a creditor of this Debtor shall have 180 days from the date of the commencement of the case to file its initial proof of claim and shall also have 60 days from the due date for any tax return or report the Debtor is required to file to file a subsequent proof of claim.

IT IS SO ORDERED.

_____
HON. BIANCA M RUCKER, US BANKRUPTCY JUDGE

DATE: _____

Cc:   Shine Solar, LLC, Debtor
      S Bond, Debtor's Counsel
      US Trustee
      All creditors per matrix

*Order presented by*
*Stanley Bond*