UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
<u>FAYETTEVILLE</u> DIVISION

5:25-BK-70455
CHAPTER 11

IN RE: SHINE SOLAR, LLC, DEBTOR IN POSSESSION

**<u>DEBTOR'S MOTION FOR AN ORDER EXTENDING EXCLUSIVITY</u>**

**<u>PERIODS FOR FILING CHAPTER 11 DEBTOR'S PLAN AND FOR SOLICITATION OF ACCEPTANCES</u>**

COMES NOW THE DEBTOR (hereinafter variously "Debtor" or "Shine"), pursuant to 11 USC §1121(d), and respectfully requests that the Court extend the exclusive periods in which the Debtor may file a chapter 11 plan and solicit acceptances of such plan, on the following grounds:

1. On 17th March 2025, the Shine filed its voluntary petition for relief in this Court under Chapter 11.

2. The Debtor remains in possession of its property and is operating its businesses as Debtor in Possession, pursuant to §§1107 and 1108 of the Bankruptcy Code. No committee of unsecured creditors is appointed in the case. No trustee or examiner has been appointed in the case.

3. This Court has jurisdiction over this Motion pursuant to 28 USC §1334. Consideration of this Application is a core proceeding under 28 USC §157(b).

4. Shine previously engaged in the business of residential solar panel sales, installation and servicing, home battery sales and installation, and limited HVAC sales and installation, and related activities. Shine's remaining business affairs during the pendency of this liquidation include completing remaining installations, collecting outstanding funds owed to Shine, and liquidating assets pursuant to a plan of liquidation to be proposed.

5. Shine has no further installations scheduled and expects to begin, after due authorization by this court, selling its assets, pursuing preferences as may be indicated, and generally winding up its affairs.

6A. Shine's exclusive period for filing a Chapter 11 plan will expire on Tuesday, 15th July 2025, and the deadline to obtain acceptance of such a plan is Monday, 15th September 2025. Such periods may be extended for cause under §1121(d), but may not be extended beyond a date that is 18 and 20 months, respectively, after the order for relief. For the reasons stated below, cause exists to extend each of the exclusive periods.

6B. Shine moves for an extension of the plan exclusivity period by 60 days or to Monday, 15th September 2025, and for the solicitation period by 60 days or to Wednesday, 12th November 2025. Neither extended period is beyond the extension limitations in §1121(d).

7. Shine affirmatively states that the extensions are indicated so Shine will be afforded additional time to review claims, negotiate with creditors, and begin the liquidation process via sales pursuant to Section 363 of the Bankruptcy Code, all in an effort to arrive at a Disclosure Statement and Chapter 11 Plan of Liquidation that are sufficient, feasible, and capable of approval and confirmation respectively.

WHEREFORE, the Debtor prays for an order extending time as set forth herein and for all other just and proper relief.

**SHINE SOLAR, LLC,**     **DEBTOR IN POSSESSION**

**BOND LAW OFFICE**

By:    */s/ Stanley V Bond*
Stanley V Bond    93034
PO Box 1893
Fayetteville, AR 72702-1893
(V) 479.444.0255
(F) 479.235.2827
E-mail: attybond@me.com

**NOTICE OF OPPORTUNITY TO OBJECT**

Notice is hereby given that the Debtors, as Debtors in Possession, have filed the foregoing MOTION EXTENDING EXCLUSIVITY PERIOD.

If you have an objection to the entry of an order allowing the use of cash collateral, you may file an objection within twenty-one (21) days of the date of this notice that is written below. If any objections are received in the time allowed such objections will be set for hearing by subsequent notice. If no objections are received in the time allowed, the court may enter an order granting the motion without further notice or hearing.

Any objection must be in writing and filed with the Clerk, United States Bankruptcy Court, 35 East Mountain Street, Room 316, Fayetteville, AR 72701. A copy must also be served on the attorneys named below.

**THIS NOTICE IS DATED:    17TH MARCH 2025**

|  |  |
|---|---|
|  | **BOND LAW OFFICE** |
| By: | /s/ Stanley V Bond |
|  | Stanley V Bond      93034 |
|  | PO Box 1893 |
|  | Fayetteville, AR  72702-1893 |
|  | (V) 479.444.0255 |
|  | (F) 479.235.2827 |
|  | E-mail: attybond@me.com |

### CERTIFICATE OF SERVICE

I, Stanley V Bond, do hereby certify that a copy of the foregoing document has been served by first-class mail and/or fax and/or e-mail on the following persons or entities pursuant to the Federal Rules of Bankruptcy Procedure:

*US Trustee    By Electronic Notice*

*All creditors and parties in interest per the mailing matrix appearing in ECF on 15th March 2025*

*All parties receiving electronic notice.*

*Bank of America, National Association*  *Bank of America, NA*
*Attn.: Brian T Moynihan, CEO*  *c/o CT Corp. System*
*101 N Tyron St., Ste 170*  *320 S Izard St.*
*Charlotte, NV 28202*  *Little Rock, AR  72201-2114*

<u>Certified Mailpiece</u>:
7021 0350 0001 6622 7420


/s/Stanley V Bond                                              Date:   03-17-2025