UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
<u>FAYETTEVILLE</u> DIVISION

5:25-BK-70455
CHAPTER 11

IN RE:   SHINE SOLAR, LLC,   DEBTOR IN POSSESSION

### DECLARATION OF CALEB GORDEN IN SUPPORT OF FIRST-DAY MOTIONS

Comes now the Declarant <u>Caleb Gorden</u>, and upon his oath or affirmation, states:

1. I am a principal officer of the Debtor Shine Solar, LLC.

2. I expect to be the principal contact for the management of Shine during its liquidation period with the title of Chief Liquidating Officer ("CLO").

3. I make this affidavit to support the several motions filed by Shine on its first day in Chapter 11 bankruptcy.

4. Regarding the Application for Employment for Attorneys, the Bond Law Office has been providing legal counsel to Shine since December 2024. Shien has chosen the Bond Law Office and its associated attorneys to represent Shine in its Chapter 11 bankruptcy proceeding because of the Bond Law Office's knowledge, expertise, and experience in Chapter 11 bankruptcy cases.

5. Regarding the Motion to Establish Claims Bar Date, Shine intends to engage in an orderly liquidation of its assets. So that a confirmable Chapter 11 Plan can be formulated and proposed, a deadline for the filing of claims is necessary for Shine and its attorneys to accurately determine the nature, priority, and extent of liens of secured creditors, the nature of any priority debts, and the amount of unsecured, non-priority claims so that a feasible Plan of Liquidation can be proposed after an examination of claims and the resolution of any objections thereto short of litigation.

6. Regarding the Motion to Use Cash Collateral, Shine and its officers have pre-petition, examined the books and records of Shine, have reviewed operating expenses before filing, and have formulated a post-petition operational budget.  Such budget includes known and anticipated expenses of the operation of Shine during the liquidation period.  It includes, but is not limited to, the compensation of myself, and the few other officers and employees Shine has determined necessary for its liquidation period, with an adequate protection scheme that will stabilize the debt owed to Bank of America as Shine liquidates its assets and reduces the debt owed to Bank of America.  Additionally, within 14 days of the commencement of the

case, payroll is expected to be approximately $7,400.00 per week, and as liquidations proceeds, it is anticipated this number will reduce further. Furthermore, the current rent for the Shine headquarters offices is also being rejected and that expense will end 03/31/25.

       7.      Regarding the Motion to Enlarge the Exclusivity Period, after consultation with Shine legal counsel, and considering the required Claim Bar Date, and to afford some additional time for the preparation and filing of a Disclosure Statement and Chapter 11 Plan of Liquidation, it was determined by Shine management that seeking an enlargement of the exclusivity period by 60 days, and the solicitation period by 61 days, is indicated such that Shine will have 180 days to propose its Disclosure Statement and Chapter 11 Plan of Liquidation and such will afford additional time to review claims, negotiate with creditors, and begin the liquidation process via sales pursuant to Section 363 of the Bankruptcy Code.

       8.      Regarding the Motion to Establish Adequate Assurance of Payment of Utility Deposit, Shine must have reliable and ongoing utility services of electricity, natural gas, water, and sanitation services during its liquidating period. As the liquidation period moves forward, Shine anticipates reducing its leased office space along with the continuing draw-down of employees, such that the consumption of utility services will decrease over time, but the necessity of ongoing utility service does not decrease. Additionally, the continuing adequate assurance of utility payments will reduce or eliminate any administrative claims asserted by a utility provider.

I declare under penalty of perjury that the foregoing Declaration is true and correct to the best of my current knowledge and belief.

      /s/ Caleb Gorden
      Caleb Gorden

Date:  14th March 2025