# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0861−5 | User: admin | Date Created: 3/18/2025 |
| Case: 5:25−bk−70455 | Form ID: oredefic | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee (ust)     USTPRegion13.LR.ECF@usdoj.gov
aty     Stanley V Bond     attybond@me.com

                              TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Shine Solar, LLC     1720 S. Walton Blvd. Suite 4−205     Bentonville, AR 72712
smg     Internal Revenue Service     55 N. Robinson     Oklahoma City, OK 73102

                              TOTAL: 2