## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

### S<small>HINE</small> S<small>OLAR</small>, LLC

I, Nicholas Gorden, declare under penalty of perjury that I am the Chief Executive Officer of **Shine Solar LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 4th day of March, 2025.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Caleb Gorden, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the corporation and

Be It Further Resolved, that Caleb Gorden, President of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved that Caleb Gorden, President of this Corporation, is authorized and directed to employ **Stanley V. Bond 93034 and Kathryn Worlow** 2018-027, attorneys and the law firm of Bond Law Office, to represent the corporation in such bankruptcy case."

Date: 03/04/2025

/s/Nicholas Gorden

Chief Executive Officer

Resolution of Board of Directors

of

<u>Shine Solar LLC</u>

WHEREAS, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved that Caleb Gorden, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved that Caleb Gorden, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved that Caleb Gorden, President of this Corporation, is authorized and directed to employ **Stanley V. Bond 93034 and Kathryn Worlow 2018-027**, attorneys and the law firm of **Bond Law Office**, to represent the corporation in such bankruptcy case."

Date: 03/04/2025


/s/Caleb Gorden

President