UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
<u>FAYETTEVILLE</u> DIVISION

5:25-BK-70455
CHAPTER 11

IN RE:　　　SHINE SOLAR, LLC,　　　DEBTOR IN POSSESSION

**DEBTOR'S MOTION TO CONVERT**

COMES NOW THE DEBTOR (hereinafter variously "Debtor" or "Shine"), pursuant to 11 USC §1112(a), and states:

1.　On 17th March 2025, Shine filed its voluntary petition for relief in this Court under Chapter 11. Shine was not converted to a case under Chapter 11.

2.　The Debtor remains as Debtor in Possession and remains in possession of estate property. No committee of unsecured creditors is appointed in the case. No trustee or examiner has been appointed in the case.

3.　This Court has jurisdiction over this Motion pursuant to 28 USC §1334. Consideration of this Application is a core proceeding under 28 USC §157(b). 11 USC §1112(a) governs.

4.　Shine previously engaged in the business of residential solar panel sales, installation and servicing, home battery sales and installation, and limited HVAC sales and installation, and related activities.

5.　On 28th March 2025, Shine's largest secured creditor, Bank of America, N.A. (the "Bank"), filed a Motion to Convert Shine's Chapter 11 proceeding to Chapter 7.

6.　On 31st March 2025, the Court orally denied Shine's Motion to Use [the Bank's] Cash Collateral.

7.　Shine moves to convert its case to one under Chapter 7.

WHEREFORE, the Debtor prays for an order converting its case to one under Chapter 7 as set forth herein and for all other just and proper relief.

　　　　　　　SHINE SOLAR, LLC,　　DEBTOR IN POSSESSION

**BOND LAW OFFICE**

By:  */s/ Stanley V Bond*
Stanley V Bond   93034
PO Box 1893
Fayetteville, AR  72702-1893
(V) 479.444.0255
(F) 479.235.2827
E-mail: attybond@me.com

**NOTICE OF OPPORTUNITY TO OBJECT**

Notice is hereby given that the Debtor, as Debtor in Possession, has filed the foregoing MOTION TO CONVERT.

If you have an objection to the entry of an order converting the case, you may file an objection within twenty-one (21) days of the date of this notice that is written below.  If any objections are received in the time allowed such objections will be set for hearing by subsequent notice.  If no objections are received in the time allowed, the court may enter an order granting the motion without further notice or hearing.

Any objection must be in writing and filed with the Clerk, United States Bankruptcy Court, 35 East Mountain Street, Room 316, Fayetteville, AR 72701.  A copy must also be served on the attorneys named below.

**THIS NOTICE IS DATED:    1ST APRIL  2025**

**BOND LAW OFFICE**

By:  */s/ Stanley V Bond*
Stanley V Bond   93034
PO Box 1893
Fayetteville, AR  72702-1893
(V) 479.444.0255
(F) 479.235.2827
E-mail: attybond@me.com

**CERTIFICATE OF SERVICE**

I, Stanley V Bond, do hereby certify that a copy of the foregoing document has been served by first-class mail and/or fax and/or e-mail on the following persons or entities pursuant to the Federal Rules of Bankruptcy Procedure:

*US Trustee     By Electronic Notice*

*All creditors and parties in interest per the mailing matrix and claims register appearing in ECF on 1st April 2025*

*All parties receiving electronic notice.*

*Bank of America, National Association*  *Bank of America, NA*
*Attn.: Brian T Moynihan, CEO*           *c/o CT Corp. System*
*101 N Tyron St., Ste 170*               *320 S Izard St.*
*Charlotte, NV 28202*                    *Little Rock, AR  72201-2114*


/s/Stanley V Bond                         Date:  04-01-2025