IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**IN RE: SHINE SOLAR, LLC,**  **CASE NO.  5:25-bk-70455R**
       **DEBTOR**                                                                                          **CHAPTER 7**

### MOTION FOR AUTYHORITY TO SELL PERSONAL PROPERTY FREE AND CLEAR OF LEINS AT PUBLIC AUCTION AND NOTICE OF OPPORTUNITY TO OBJECT

Comes now J. Brian Ferguson, the Chapter 7 Trustee in the above-referenced bankruptcy case, and for his Motion for Authority to Sell Personal Property Free and Clear of Liens at public Auction and Notice of Opportunity to object (hereinafter the "Sale Motion"), respectfully represents:

1. A voluntary Chapter 11 petition for relief was filed on behalf of the Debtor on March 17, 2025, and this matter was subsequently converted to a Chapter 7 proceeding on April 9, 2025.

2. J. Brian Ferguson (herein after the "Trustee") is the duly appointed, acting, and authorized Chapter 7 Trustee for the instant case, having been appointed on April 9, 2025, and so served since that date.

3. On the Debtor's Schedule A/B (DE #1) at entry 47.1, the Debtor listed ownership in property described as "vehicles", which included various motor vehicles, trailers, vehicle accessories, and certain equipment, and was detailed and, or, defined in a list attached to Schedule A/B. The Schedule A/B entry, including the attached list, is incorporated herein by reference.

4. At issue in the instant Sale Motion are forty-nine (49) motor vehicles and trailers (hereinafter, collectively, the "Vehicles"), which are more particularly described by make, model, and, or, Vehicle Identification Number in the list attached hereto as Exhibit "A" (hereinafter Exhibit "A" will be referred to as the "Vehicle List"). The Vehicles at issue herein were among the property in the list attached to the Debtor's Schedule A/B (DE #1) at entry 47.1.

5. Prior to the commencement of this case, the Debtor was indebted to Arvest Bank (hereinafter

In re: Shine Solar, LLC;
U.S.B.C. Case No. 5:25-bk-70455R
Motion to Sell Personal Property
Page 2

"Arvest") and Arvest held perfected security interests on some of the property described in the list attached to Schedule A/B, as described herein above in paragraph 3, and, or, the Vehicles on the Vehicle List attached hereto.

6. Prior to the commencement of the instant case, the Debtor sold some of the property encumbered by the liens of Arvest and paid the proceeds of that sale to Arvest satisfying, in full, the indebtedness owed to Arvest, which Arvest has acknowledged.

7. In the course of his investigation of the Debtor's financial affairs, the Trustee developed the belief that the Vehicles were unencumbered, or were encumbered by unperfected security interests, avoidable claimed liens or security interests, or encumbered by liens for which the underlying debt had been satisfied, as described hereinabove in paragraphs 5 and 6.

8. Bank of America, N.A. (hereinafter "BOA") may claim or assert a security interest in the Vehicles, or the proceeds of the sale of some or all of the Vehicles at issue, however, the Trustee disputes that BOA has a perfected security interest in any of the Vehicles which are the subject of the instant Sale Motion and BOA has acknowledged, through counsel, to the Trustee that the Trustee and the Estate's interest in the vehicles has "priority" over any interest claimed by BOA.

9. To the best of Trustee's knowledge, information, and belief, no person or entity claiming a security interest in any of the Vehicles has recorded a Direct Lien with the Arkansas Department of Finance and Administration's Office of Motor Vehicles (hereinafter the "OMV") and, or, recorded a lien on the face of the title for any of the Vehicles at issue, except certain recorded liens in favor of Arvest, as described hereinabove in paragraphs 5 and 6, and Arvest has agreed to release its liens as to the Vehicles, as the underlying indebtedness to Arvest was paid in full prior to the commencement of this case.

10. The Vehicles are currently being stored and the Estate is incurring fees for such storage.

11. The Trustee believes, and therefore asserts, that the Vehicles are property of the Estate that the

In re: Shine Solar, LLC;
U.S.B.C. Case No. 5:25-bk-70455R
Motion to Sell Personal Property
Page 3

Trustee may sell pursuant to 11 U.S.C. §363 and, further, that an expeditious sale of the Vehicles is both proper and necessary for the efficient administration of the Estate.

12. The Trustee believes, and therefore asserts, that the sale of the Vehicles at public auction will enable the Trustee to realize the greatest benefit to the Estate.

13. There are no creditors, including BOA, that will be prejudiced by the sale of the Vehicles herein proposed, as the Trustee, at this time, seeks only the authority to sell the Vehicles in a commercially reasonable manner and hold the net proceeds of the sale pending further Orders of this Court, which will afford any party claiming a security interest in any of the Vehicles, or the sale proceeds thereof, to seek and obtain an adjudication of the nature, extent, priority, and value of any claimed security interest before any of the net sale proceeds are disbursed.

14. Pursuant to an Order (DE #61) entered on April 16, 2025, the Trustee was authorized to employ Paul Colvin, Jr. d/b/a Block Realty & Auction (hereinafter "Block") as Appraiser, Auctioneer, and Sales Agent to, among other matters, arrange and conduct an auction or private sale to sell the Vehicles, as herein contemplated. The Order authorizing the employment of Block provides that Block is to be compensated for any auction sale with a commission of 15% of the gross sale price, with two-thirds of the 15% commission to be paid in the form of a buyer's premium and, further, authorizes Block to deduct such commission from the sale proceeds and remit to the Trustee the net amount of such sale proceeds.

15. The Trustee hereby moves for authority to sell the Estate's interest in the Vehicles listed on the Vehicle List attached hereto as Exhibit "A" at a public auction conducted by Block on Tuesday, June 10, 2025 beginning at 10:00 A.M. The auction will be both Live and Simulcast. The bidding platform for online bidders will be www.blockauction.com and the bidding location for live bidders will be 2771 W. Henri de Tonti Blvd., Tontitown, AR 72762.

16. The Vehicles will be advertised via Banner on Highway 412, Serious Shopper, AuctionZip,

In re: Shine Solar, LLC;
U.S.B.C. Case No. 5:25-bk-70455R
Motion to Sell Personal Property
Page 4

GotoAuction, blockauction.hibid.com, Facebook, the Arkansas Democrat Gazette newspaper, and printed flyers and may be viewed online. The Trustee has been advised by Block that a substantial advertising campaign is appropriate for this auction, given the number of vehicles to be sold, and the likelihood and necessity of attracting numerous bidders and potential buyers.

17. The Trustee has been advised by Block that the cost of the advertising campaign herein described is anticipated to be approximately $4,000.00 to $5,000.00. Accordingly, the Trustee seeks authority to consent to the proposed advertising campaign, believing that it will benefit the Estate by attracting more bidders and increasing the sale price(s) for the Vehicles.

18. Trustee, further, respectfully requests that the commission and standard costs of the auction sale be paid directly from the gross sale proceeds, to be withheld by Block, without further order(s) of this Court.

19. The Trustee will apply for reimbursement of Block's other expenses, such as advertising, labor, transport, and storage, by separate application.

20. The Trustee, also, requests that, in the event that the proposed sale herein described is authorized, that this Honorable Court also authorize and direct the Arkansas Department of Finance and Administration and, or, any appropriate motor vehicle titling or licensing agency to issue a title free and clear of liens to the purchaser(s) of the Vehicles, at the expense of said purchaser(s), upon proper application presented at any local revenue office together with the presentation of a Bill of Sale form the Trustee, a copy of the Court's Order authorizing the sale, and compliance with all laws governing registration of a vehicle, including but not limited to the requirements that the purchaser insure the vehicle and properly assess it for personal property tax purposes along with full payment of all required licenses and fees.

21. The Trustee will report the sale results, commission, and expenses by filing a Report of Sale.

22. In his business judgment, the Trustee believes that the proposed sale is in the best interests of

the Estate and creditors, generally, and is more likely than not to provide a meaningful distribution to creditors, after deducting the costs of the sale.

23. The Trustee, further, requests that the fourteen (14) day stay pursuant to B. R. 6004 be waived.

24. The sale of the Vehicles herein proposed is to be as-is, where-is, with no warranties or representations of any kind, except as herein described.

**25. TO ALL CREDITORS AND PARTIES IN INTEREST: YOU ARE HEREBY NOTIFIED THAT YOU HAVE TWENTY-ONE (21) DAYS FROM THE DATE OF THIS NOTICE WITHIN WHICH TO FILE OBJECTIONS TO THE MOTION TO SELL PERSONAL PROPERTY AT PUBLIC AUCTION HEREIN DESCRIBED. ANY OBJECTIONS MUST BE FILED ELECTRONICALLY WITH THE UNITED STATES BANKRUPTCY COURT, UNLESS THE FILING PARTY IS WITHOUT LEGAL REPRESENTATION. OBJECTIONS FILED BY PARTIES WITHOUT LEGAL REPRESENTATION MUST BE IN WRITING AND FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, 35 E. MOUNTAIN STREET, ROOM 316, FAYETTEVILLE, AR 72701. A COPY OF THE OBJECTION SHOULD ALSO BE SERVED UPON THE TRUSTEE, J. BRIAN FERGUSON, 3333 PINNACLE HILLS PKWY, SUITE 410, ROGERS, AR 72758, AND COUNSEL FOR THE DEBTOR. ANY OBJECTION NOT TIMELY FILED AND SERVED MAY BE DEEMED WAIVED. IF NO OBJECTIONS ARE FILED WITHIN TWENTY-ONE (21) DAYS OF THE DATE OF THIS NOTICE, THE COURT MAY ENTER AND ORDER GRANTING THE SALE MOTION WITHOUT FURTHER NOTICE OR HEARING. IF OBJECTIONS ARE TIMELY FILED, THE COURT WILL SET A HEARING BY SUBSEQUENT NOTICE TO CONSIDER ANY SUCH OBJECTION(S).**

WHEREFORE, the Trustee prays for an Order authorizing the sale of the Vehicles listed in the attached Vehicle List free and clear of liens and encumbrances as herein described; authorizing payment of the Auctioneer's commission and standard costs of sale directly from the proceeds of the sale without further orders of this Court, as herein described; authorizing the Trustee to consent to the Auctioneer's proposed advertising campaign, as herein described; authorizing the issuance of a new title for each vehicle sold, as herein described; waiving the fourteen day stay pursuant to B.R. 6004; and awarding to the Trustee all other just and proper relief to which he may be entitled.

Dated: May 13, 2025.

Respectfully submitted,

In re: Shine Solar, LLC;
U.S.B.C. Case No. 5:25-bk-70455R
Motion to Sell Personal Property
Page 6

/s/ J. Brian Ferguson
J. Brian Ferguson, Trustee
Ferguson Law Firm, PLLC
3333 Pinnacle Hills Pkwy, Suite 410
Rogers, AR 72758
(479) 464-4418 (Telephone)

| Vehicle | Year | Make | Model | VIN |
|---|---|---|---|---|
| 1 | | Envirotech | Van | 1E9E4BHR5LC617101 |
| 2 | | Envirotech | Truck | 1E9E3AKS1LC617704 |
| 55 | 2009 | GMC | C5500 | 1GDE5C1979F400858 |
| 58 | 2011 | Ford | F-550 Super Duty | 1FD0W5GY8BEA31795 |
| 59 | 2015 | Chevrolet | Silverado 3500HD | 1GC4KZE82FF541555 |
| 60 | 2017 | Chevrolet | Silverado 2500HD | 1GC0CUEG1HZ402539 |
| 61 | 2017 | Chevrolet | Silverado 2500HD | 1GC0CUEG6HZ283029 |
| 65 | 2019 | Dodge | Ram Pickup 1500 Clas | 1C6RR6FG5KS716380 |
| 67 | 2019 | Chevrolet | Silverado 2500HD | 2GC2KREG2K1119334 |
| 69 | 2018 | Chevrolet | Silverado 1500 | 1GCNCNEC3JZ138898 |
| 70 | 2019 | Chevrolet | Silverado 1500 | 3GCNWAEF3KG180449 |
| 148 | 2017 | Chevrolet | Silverado 2500HD | 1GC2CUEG8HZ234052 |
| 151 | 2015 | Chevrolet | Silverado 2500HD | 1GC0CUEG0FZ552168 |
| 160 | 2017 | Ford | Transit Connect Carg | NM0LS7F7XH1296815 |
| 165 | 2013 | Chevrolet | Silverado 2500HD | 1GC2KXCG9DZ351480 |
| 174 | 2020 | Chevrolet | Silverado 2500HD | 1GC3YLE76LF182477 |
| 176 | 2020 | Dodge | Ram Pickup 1500 Clas | 1C6RR6FT1LS147705 |
| 179 | 2020 | Dodge | Ram Pickup 1500 Clas | 1C6RR6FG8LS139121 |
| 180 | 2020 | Dodge | Ram Pickup 1500 Clas | 1C6RR6FGXLS139122 |
| 182 | 2020 | Dodge | Ram Pickup 1500 Clas | 1C6RR6FGXLS121266 |
| 185 | 2020 | Dodge | Ram Pickup 2500 | 3C6UR5CL1LG245665 |
| 188 | 2021 | Chevrolet | Silverado 2500HD | 1GC3YLE70MF186199 |
| 189 | 2021 | GMC | Sierra 3500HD CC | 1GD49SE74MF154363 |
| 190 | 2021 | Chevrolet | Silverado 2500HD | 1GB3YLE74MF192186 |
| 194 | 2021 | Chevrolet | Silverado 2500HD | 1GC5YLE72MF298723 |
| 195 | 2021 | Chevrolet | Silverado 2500HD | 1GC5YLE7XMF299506 |
| 197 | 2021 | Chevrolet | Silverado 2500HD | 1GC5YLE76MF299793 |
| 202 | 2011 | Starlite | 20' Flatbed | 13YFS2026BC115297 |
| 203 | 2017 | Laru | 6x12 Single Axle Car | 571BE1213HM018763 |
| 211 | 2017 | LGT | Trailer | 58UBU101XHA000165 |
| 215 | 2020 | Empire Cargo | Trailer | 7F81E1422LD008626 |
| 226 | 2022 | Delco | C520 Trailer | 5WWBC2024N6021296 |
| 228 | 2022 | Interstate | 22' Flat Bed | 4RADU2227NC058433 |

| | | | | |
|---|---|---|---|---|
| 230 | | Interstate | 22' Flat Bed | |
| 400 | 2020 | Chevrolet | 3500 LCF | 54DBDW1B3LS804376 |
| 401 | 2020 | Chevrolet | 4500HD LCF | JALCDW164L7012816 |
| 402 | 2020 | Chevrolet | 3500 LCF | 54DBDW1D4LS207481 |
| 405 | 2020 | Chevrolet | 3500 LCF | 54DBDW1D3LS207486 |
| 407 | 2020 | Chevrolet | 3500 LCF | 54DBDW1D8LS207483 |
| 408 | 2020 | Chevrolet | 3500 LCF | 54DBDW1DXLS207484 |
| 410 | | | 2012 Ford F650 Box | |
| 422 | 2015 | Ford | E-Series Chassis | 1FDWE3FS6FDA18215 |
| 436 | 2013 | Chevrolet | Express Cutaway | 1GB3G3CG9D1173247 |
| 440 | 2015 | Chevrolet | Express Cutaway | 1GB3G3CG6F1118189 |
| 442 | 2015 | Chevrolet | Express Cutaway | 1GB3G3CG0F1168120 |
| 452 | 2015 | Hino | 195 | JHHRDM2H0FK002234 |
| 470 | 2017 | Isuzu | NPR | JALC4W161H7002140 |
| 471 | 2015 | Isuzu | NPR | JALC4W162F7000054 |
| 472 | 2013 | Ford | F-650 Super Duty | 3FRNF6FA1DV038909 |