# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

| | |
|---|---|
| IN RE: SHINE SOLAR, LLC, | CASE NO.   5:25-bk-70455R |
| DEBTOR | CHAPTER 7 |

### ORDER GRANTING MOTION TO SELL PERSONAL PROPERTY VIA AUCTION

On May 13, 2025, J. Brian Ferguson, "Trustee," to filed his *Motion to Sell Personal Property Free and Clear of Liens at Public and Notice of Opportunity to Object* (the "Motion") [ECF Doc. No. 81]. The Motion requests authorization to sell by auction a certain vehicles and trailers listed in an attachment to the Motion. (the "Vehicles") free and clear of liens and interests. The Motion contains a Notice to all creditors and parties in interest notifying all parties that any objection to the Motion should be filed with the Clerk of this Court within 21 days of notice. On May 13, 2025, Trustee filed a Certificate of Service in which he certified that all parties were properly noticed of the Motion on May 13, 2025 [ECF Doc. No. 83]. The notice period expired on June 3, 2025. The Court notes that the time for objecting to the Motion has run and no objections have been filed. Based on a review of the Motion, and the Court's docket, the Court finds that the Motion should be and hereby is GRANTED. Trustee is hereby authorized conduct the proposed auction of the Vehicles listed at the end of this Order and pay the Court approved Auctioneer his commissions as set forth in his employment application at and order approving same [ECF Doc. Nos. 59 and 61].

IT IS SO ORDERED.

_____
Honorable Bianca M. Rucker
United States Bankruptcy Judge
Dated: 06/09/2025

PROPOSED ORDER PREPARED BY:
J. Brian Ferguson
Arkansas Bar No. AR2018117
Ferguson Law Firm, PLLC
3333 Pinnacle Hills Pkwy, Suite 410
Rogers, AR 72758
Counsel for J. Brian Ferguson, Trustee

cc (via ECF or BNC):
Debtor(s), Shine Solar, LLC
Debtor(s)' Counsel, Stanley Bond
Chapter 7 Trustee, J. Brian Ferguson
United States Trustee
All creditors per matrix

| Vehicle | Year | Make | Model | VIN |
|---|---|---|---|---|
| 1 | | Envirotech | Van | 1E9E4BHR5LC617101 |
| 2 | | Envirotech | Truck | 1E9E3AKS1LC617704 |
| 55 | 2009 | GMC | C5500 | 1GDE5C1979F400858 |
| 58 | 2011 | Ford | F-550 Super Duty | 1FD0W5GY8BEA31795 |
| 59 | 2015 | Chevrolet | Silverado 3500HD | 1GC4KZE82FF541555 |
| 60 | 2017 | Chevrolet | Silverado 2500HD | 1GC0CUEG1HZ402539 |
| 61 | 2017 | Chevrolet | Silverado 2500HD | 1GC0CUEG6HZ283029 |
| 65 | 2019 | Dodge | Ram Pickup 1500 Clas | 1C6RR6FG5KS716380 |
| 67 | 2019 | Chevrolet | Silverado 2500HD | 2GC2KREG2K1119334 |
| 69 | 2018 | Chevrolet | Silverado 1500 | 1GCNCNEC3JZ138898 |
| 70 | 2019 | Chevrolet | Silverado 1500 | 3GCNWAEF3KG180449 |
| 148 | 2017 | Chevrolet | Silverado 2500HD | 1GC2CUEG8HZ234052 |
| 151 | 2015 | Chevrolet | Silverado 2500HD | 1GC0CUEG0FZ552168 |
| 160 | 2017 | Ford | Transit Connect Carg | NM0LS7F7XH1296815 |
| 165 | 2013 | Chevrolet | Silverado 2500HD | 1GC2KXCG9DZ351480 |
| 174 | 2020 | Chevrolet | Silverado 2500HD | 1GC3YLE76LF182477 |
| 176 | 2020 | Dodge | Ram Pickup 1500 Clas | 1C6RR6FT1LS147705 |
| 179 | 2020 | Dodge | Ram Pickup 1500 Clas | 1C6RR6FG8LS139121 |
| 180 | 2020 | Dodge | Ram Pickup 1500 Clas | 1C6RR6FGXLS139122 |
| 182 | 2020 | Dodge | Ram Pickup 1500 Clas | 1C6RR6FGXLS121266 |
| 185 | 2020 | Dodge | Ram Pickup 2500 | 3C6UR5CL1LG245665 |
| 188 | 2021 | Chevrolet | Silverado 2500HD | 1GC3YLE70MF186199 |
| 189 | 2021 | GMC | Sierra 3500HD CC | 1GD49SE74MF154363 |
| 190 | 2021 | Chevrolet | Silverado 2500HD | 1GB3YLE74MF192186 |
| 194 | 2021 | Chevrolet | Silverado 2500HD | 1GC5YLE72MF298723 |
| 195 | 2021 | Chevrolet | Silverado 2500HD | 1GC5YLE7XMF299506 |
| 197 | 2021 | Chevrolet | Silverado 2500HD | 1GC5YLE76MF299793 |
| 202 | 2011 | Starlite | 20' Flatbed | 13YFS2026BC115297 |
| 203 | 2017 | Laru | 6x12 Single Axle Car | 571BE1213HM018763 |
| 211 | 2017 | LGT | Trailer | 58UBU101XHA000165 |
| 215 | 2020 | Empire Cargo | Trailer | 7F81E1422LD008626 |
| 226 | 2022 | Delco | C520 Trailer | 5WWBC2024N6021296 |
| 228 | 2022 | Interstate | 22' Flat Bed | 4RADU2227NC058433 |

| | | | | |
|---|---|---|---|---|
| 230 | | Interstate | 22' Flat Bed | |
| 400 | 2020 | Chevrolet | 3500 LCF | 54DBDW1B3LS804376 |
| 401 | 2020 | Chevrolet | 4500HD LCF | JALCDW164L7012816 |
| 402 | 2020 | Chevrolet | 3500 LCF | 54DBDW1D4LS207481 |
| 405 | 2020 | Chevrolet | 3500 LCF | 54DBDW1D3LS207486 |
| 407 | 2020 | Chevrolet | 3500 LCF | 54DBDW1D8LS207483 |
| 408 | 2020 | Chevrolet | 3500 LCF | 54DBDW1DXLS207484 |
| 410 | | | 2012 Ford F650 Box | |
| 422 | 2015 | Ford | E-Series Chassis | 1FDWE3FS6FDA18215 |
| 436 | 2013 | Chevrolet | Express Cutaway | 1GB3G3CG9D1173247 |
| 440 | 2015 | Chevrolet | Express Cutaway | 1GB3G3CG6F1118189 |
| 442 | 2015 | Chevrolet | Express Cutaway | 1GB3G3CG0F1168120 |
| 452 | 2015 | Hino | 195 | JHHRDM2H0FK002234 |
| 470 | 2017 | Isuzu | NPR | JALC4W161H7002140 |
| 471 | 2015 | Isuzu | NPR | JALC4W162F7000054 |
| 472 | 2013 | Ford | F-650 Super Duty | 3FRNF6FA1DV038909 |