# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0861−5 | User: admin | Date Created: 6/9/2025 |
| Case: 5:25−bk−70455 | Form ID: pdf08Ac | Total: 161 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
5388503     Caleb Gorden
5388553     Nick Gorden

TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust      U.S. Trustee (ust)        USTPRegion13.LR.ECF@usdoj.gov
tr       J. Brian Ferguson         brian@ozarkfunds.com
aty      J. Brian Ferguson         brian@ozarkfunds.com
aty      Judy Simmons Henry        jhenry@wlj.com
aty      Leif E Swedlow            lswedlow@oklawpartners.com
aty      Perry Y. Young            pyoung@jyb.law
aty      Stanley V Bond            attybond@me.com

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           Shine Solar, LLC        1720 S. Walton Blvd. Suite 4−205        Bentonville, AR 72712
cr           Willow Crossing Development LLC        PO Box 6245        Springdale, AR 72766
sp           James R. Baxter        BAXTER LAW FIRM, PLLC        126 N. Main Street        Benton, AR 72015
app          Paul Colvin        Block Realty & Auction        633 S. Barrington Road        Springdale, AR 72762
5388483      6420 Bentonville Rogers, LLC        PO Box 609        Searcy, AR 72145
5388486      AEB Benefits, LLC dba Simpara        421 Industrial Dr. E        Sulphur Springs, TX 75482
5388496      AT & T        Whitacre Tower        208 S Akard St.        Dallas, TX 75202
5388484      Adnet LLC        2810 N Church St #52146        Wilmington, DE 19802
5388485      Adobe Inc.        Attn: General Counsel        345 Park Avenue        San Jose, CA 95110−2704
5388487      Aeroseal        225 Byers Rd        Miamisburg, OH 45342
5388488      Agent for Aeroseal LLC        Corp Service Company        1160 Dublin Road Suite 400        Columbus, OH 43215
5393695      Airgas USA, LLC        110 West 7th St., Suite 1400        Tulsa, OK 74119
5388489      Airgas USA, LLC        PO BOX 1152        Tulsa, OK 74101
5388580      Airgas USA, LLC        Reg. Ag. C T Corporation System        1200 South Pine Island Road        Plantation, FL 33324
5388490      Airtable        1 Front Street        Floor 28        San Francisco, CA 94111
5388491      Allianz Trade        Attn: Bankruptcy        100 International Drive        22nd Floor        Baltimore, MD 21202
5388492      American Water        Po Box 2978        Camden, NJ 08101
5388493      Amidaware        1968 S Coast Hwy PMB 3847        Laguna Beach, CA 92651−3681
5388494      Anaconda LLC        1507 NE Wall Street        Lees Summit, MO 64086
5388495      Ark Dept Fin & Admin        PO Box 1272        Little Rock, AR 72203−1272
5388497      Atlassian Inc. dba Loom        Attn: Legal Department        350 Bush Street, Floor 13        San Francisco, CA 94104
5388498      Aurora        PO BOX 102896        Pasadena, CA 91189
5388499      Autodesk, Inc.        1 Market St.        Suite 400        San Francisco, CA 94105−1336
5388500      Bank of America, N.A.        NC1−026−06−06        Gateway Village − 900 Building        900 W Trade Street        Charlotte, NC 28255
5388501      Benton County Assessor        2109 W Walnut        Rogers, AR 72756
5400863      Benton County Collector        2113 W. Walnut St.        Rogers, AR 72756
5388585      Blackfoot Comm.        Reg. Ag. Corporation Service Company        300 Deschutes Way SW STE 208 M        Tumwater, WA 98501
5388502      Blackfoot Communications        PO BOX 35130        Seattle, WA 98124
5401062      Brian Ray Harvey        2140 Hunter Drive        Pea Ridge, AR 72751
5388504      Call Tools        530 Technology Drive        Suite 100        Irvine, CA 92618
5388505      Callpurity        109 East 17th Street        Suite 480        Cheyenne, WY 82001
5388569      Callpurity        Reg Agent        400 E 20th St        Cheyenne, WY 82001
5401728      Carla Kidwell        1521 W Lela St        Rogers, AR 72758
5388506      Cisco Systems Capital Corp        PO BOX 825736        Philadelphia, PA 19182
5388507      City of Fort Smith        623 Garrison Ave        Fort Smith, AR 72901
5388508      City of Harrisonville        PO Box 367        Harrisonville, MO 64701
5388509      Click Funnels        Attn Legal Dept        225 Reformation Pkwy        Suite 204        Canton, GA 30114
5388510      Cloudways by Digital Ocean LLC        101 Avenue of the Americas        10th Floor        New York, NY 10013
5388511      Concentra        5080 Spectrum Drive        Suite 1200W        Addison, TX 75001
5388512      Corporation Company        Reg Agent for        Insulation Distributors, Inc.        735 First National Bldg        Oklahoma City, OK 73102
5388581      Cox Comm.        Reg. Ag. Corporation Service Company        2 Sun Court        STE 400        Peachtree Corners, GA 30092
5388513      Cox Communications, Inc.        6205 Peachtree Dunwoody Road        Atlanta, GA 30328
5401570      Dale Falk        3668 Newburg Rd        Melbourne, AR 72556

```
5388514      Darragh        1404 E 6th Street       Little Rock, AR 72202
5388515      Discount Tire       20225 N. Scottsdale Rd       Scottsdale, AZ 85255
5388516      DivvyPay LLC        13707 S 200 W Suite 100       Draper, UT 84020
5388570      DivvyPayLLC       Reg Agent INCORPORATING SERVICES, LTD. I       1108 E SOUTH UNION
             AVE       Midvale, UT 84047
5388571      Domo inc.       Reg Agent Corp Service Company       15 West South Temple       Suite 600       Salt Lake
             City, UT 84101
5388517      Domo, Inc.        802 E 1050 S       American Fork, UT 84003
5388518      DroneDeploy, Inc.       Attn: General Counsel       548 Market St. #34583       CA 94101
5388519      Edison Health Solutions       PO BOX 1550       Jenks, OK 74037
5388520      Eleven Labs       Attn: Legal Dept       169 Madison Ave #2484       New York, NY 10016
5388572      Elliot Electric       Reg Agent Capitol Corp Services Inc       300 S. Spring St Suite 900       Little Rock, AR
             72201
5388521      Elliot Electric Supply       2526 North Stallings Drive       PO Box 630610       Nacogdoches, TX 75963
5391185      Elliott Electric Supply, Inc.       c/o Misti L. Beanland       Matthews, Shiels, Knott, LLP       8131 LBJ Freeway,
             Suite 700       Dallas, TX 75251
5388522      Entergy       PO Box 8101       Baton Rouge, LA 70891
5388579      Entergy Arkansas       Reg. Ag, Darryl M. Phillips       639 Loyola Avenue       26th Floor       New Orleans,
             LA 70113
5392686      Euler Hermes N.A – Agent for PX, Inc.       100 International dr 22nd floor       Baltimore, MD 21202
5399999      Euler Hermes N.A – Agent for SIGNATURE SOLAR LIMI       100 International dr 22nd floor       Baltimore,
             MD 21202
5388573      Fidelity Telepho       Reg Agent CSC–LAWYERS INCORPORATING SERV       221 Bolivar
             Street       Jefferson City, MO 65101
5388523      Fidelity Telephone LLC       64 North Clark       Sullivan, MO 63080
5388524      Frame.io       Attn: General Counsel       345 Park Avenue       San Jose, CA 95110–2704
5388525      Ft Smith City Attorney       101 South 10th St       Fort Smith, AR 72901
5388527      Get Spiffy, Inc.       Attn: Facilities       4506 S. Miami Blvd       Suite 150       Durham, NC 27703
5388526      Get Spiffy, Inc.       Attn: Facilities       4506 S. Miami Blvd Suite 150       Durham, NC 27703
5388528      Gill Ragon Owen PA       Reg Agent for Darragh       425 W Capitol Ave       Suite 3800       Little Rock, AR
             72201
5388529      GoCanvas       Attn: General Counsel       11951 Freedom Drive       Suite 401       Reston, VA 20190
5388530      Guard Tronic Inc.       902 South 8th St       Rogers, AR 72756
5388574      Guardtronic Inc       Reg Agent       Attn: Ricky L Brown       104 North 13th Street       Fort Smith, AR
             72901
5388575      Heartland Bus Sy       Reg Agent, Registered Agents Inc       202 NORTH CEDAR AVENUE       Suite
             #1       Owatonna, MN 55060
5388531      Heartland Business Systems LLC       Attention: Legal Department       1700 Stephen Street       Little Chute, WI
             54140
5401947      Heartland Business Systems, LLC       Attention: Legal Department       1700 Stephen Street       Little Chute,
             WI 54140
5388532      Hedgeye Risk Management LLC       1 High Ridge Park       Stamford, CT 06905
5388533      Home Solutions       1122 Oberlin Road       Ste 300       Raleigh, NC 27605
5388534      HotelEngine, Inc.       Attn: bankruptcy       250 Fillmore Street       Suite 150       Denver, CO 80206
5388535      IBTS       Attn: Bankruptcy       45207 Research Place       Ashburn, VA 20147
5388536      Illumine       1320 Arrow Point Drive       Ste. 501 #163       Cedar Park, TX 78613
5388537      Indeed       Attn: Bankruptcy       Indeed Tower 200 West 6th St       Floor 36       Austin, TX 78701
5388538      Insulation Distributors, Inc.       Attn: Bankruptcy       8303 Audubon Road       Chanhassen, MN 55317
5388539      Intent Driver dba Energy Bill       8383 Wilshire Blvd.       Ste. 540       Beverly Hills, CA 90211
5388540      Internal Revenue Service       Centralized Insolvency Ops       PO Box 7346       Philadelphia, PA
             19101–7346
5403239      John or Linda England       9518 Lake Lotawana Drive       Lake Lotawana, MO 64086
5401946      Jonathan Groh       Heartland Business Systems, LLC       1700 Stephen Street       Little Chute, WI
             54140
5401660      Jonathan Williams       1201 SE phoenix st       Bentonville, Arkansas, United, AR 72712
5388541      Kansas Dept. of Revenue       PO Box 750260       Jefferson City, MO 65106
5388542      Le–Ru Telephone Company       555 Carter Street       Stella, MO 64867
5388582      Le–ru tele. co       Reg. Ag. Mitchell W. Jay       5356 Walnut Drive       Joplin, MO 64804
5388543      Lead Genesis       8022 South Rainbow Blvd.       Ste. 185       Las Vegas, NV 89139
5388583      Leads Optics       Reg. Ag.       PO BOX 481       Bloomfield Hills, MI 48303
5388544      Leads Optics LLC       180 High Oak Road       Bloomfield Hills, MI 48304
5388545      Locke Supply Co       PO Box 24980       Oklahoma City, OK 73124–0980
5388546      Lowe's Home Centers LLC       1000 Lowes Blvd       Mooresville, NC 28117
5388576      Lowes       Reg Agent Corporation Service Company       300 S Spring St       Suite 900       Little Rock, AR
             72201
5388547      Macro.com       Attn: bankruptcy       54 W 21st St       New York, NY 10010
5388548      Marck Industries       715 Main Street       Cassville, MO 65625
5388549      Marck Recycling & Waste       705 South Bloomington Street       Lowell, AR 72745
5388550      Missouri Department of Revenue       PO Box 475       Jefferson City, MO 65101–0475
5391184      Misti L. Beanland       Matthews, Shiels, Knott, LLP       8131 LBJ Freeway, Suite 700       Dallas, TX
             75251
5388551      Napa Auto Parts       902 South 8th Street       Rogers, AR 72756
5388552      New Moon Holdings, LLC       Attn: Zachary Nock       1766 Smokehouse Trail       Fayetteville, AR
             72701
5388554      O'Reilly Auto Parts       Attn: General Counsel       233 S. Patterson       Springfield, MO 65802
5399781      O'Reilly Automotive Stores Inc       PO Box 1156       Springfield, MO 65801
5388556      OG&E       321 North Harvey Avenue       Oklahoma City, OK 73102
5388555      ObserveAI       Attn: Bankruptcy       275 Shoreline Drive       Ste. 450       Redwood City, CA 94065
```

| | | | | | |
|---|---|---|---|---|---|
| 5399964 | Office of the United States Trustee | 200 W. Capitol, Suite 1200 | Little Rock, AR 72201 | | |
| 5388557 | Oklahoma City Utilities Dept | Attn: Bankruptcy | 420 West Main Street | Suite 501 | Oklahoma City, OK 73102 |
| 5388558 | Oklahoma Natural Gas | 401 North Harvey Avenue | Oklahoma City, OK 73102 | | |
| 5402916 | Oklahoma Tax Commission | Attn: Legal | PO Box 269056 | Oklahoma City, OK 73126 | |
| 5388559 | Oklahoma Tax Commission | General Counsels Office | 100 N Broadway Ave | Suite 1500 | Oklahoma City, OK 73102–8601 |
| 5388560 | Open Space | Attn: bankruptcy | 333 Kearny St. | Floor 4 | San Francisco, CA 94108 |
| 5388561 | Ozark Mountain Propane | Attn: Betty Sue Jackson | 14770 E Hwy 62 | Garfield, AR 72732 | |
| 5388563 | PDQ.com Corp dba SimpleMDM | Attn: Legal Dept | 2200 S Main St | Suite 200 | Salt Lake City, UT 84115 |
| 5388565 | PX, Inc. | Attn: Bankruptcy | 44 Wall Street | Ste. 605 | New York, NY 10005 |
| 5388562 | Paschal Air, Plumbing & Elec. | Attn: John Boce Jr, Reg Agent | 280 N Maestri Road | Springdale, AR 72762 | |
| 5388568 | Plaza Tire | Reg Ag. CT Corporation System | 124 West Capitol Avenue | Suite 1900 | Little Rock, AR 72201 |
| 5388564 | Plaza Tire Service | PO BOX 779 | Cape Girardeau, MO 63703 | | |
| 5388588 | RPM Group | PO Box 7300 | Little Rock, AR 72217 | | |
| 5388566 | Rapid Scale | 301 Hillsborough Street | Suite 1300 | Raleigh, NC 27603 | |
| 5388567 | RapidScale | Attn: Legal Dept | 6205–B Peachtree Dunwoody Rd | Atlanta, GA 30328 | |
| 5388587 | Republic Services | 12976 St. Charles Rock Road | Bridgeton, MO 63044 | | |
| 5391222 | Sanders Supply Inc. | 107 E Belding | Hot Springs AR 71901 | | |
| 5388589 | Sanders Supply, Inc. | Attn: Billy Sanders, Reg Agent | 107 East Belding | Hot Springs National Park, AR 71901 | |
| 5388590 | Select Medical | Attn Mike Tarvin | Legal counsel to Concentra | 4714 Gettysburg Road | Mechanicsburg, PA 17055 |
| 5388591 | Signature Solar | 421 Industrial Drive East | Ste. 201 | Sulphur Springs, TX 75482 | |
| 5388592 | Solarize LLC | Attn: Chris Rinehart, Reg Agen | 650 Friedberg Drive | Herculaneum, MO 63048–1639 | |
| 5388593 | Summit Utilities, Inc. | Reg Agent – Cogency Global inc | 1215 Twin Lakes Drive | Little Rock, AR 72205 | |
| 5388594 | Sunshine Disposal Services | Lake of the Forest | PO Box 1106 | Bonner Springs, KS 66012 | |
| 5388598 | TGIF Storage, LLC | 7208 NE 135th St. | Edmond, OK 73013 | | |
| 5388595 | Targhee Professional Offices | 155 West 2nd South | Rexburg, ID 83440 | | |
| 5388577 | Tesla | Reg Agent CT Corp System | 320 S. Izard Street | Little Rock, AR 72201 | |
| 5388596 | Tesla, Inc. | Attn:Adam Christian, Collect | 12832 S. Frontrunner Blvd | Draper, UT 84020 | |
| 5388597 | Texas Comptroller | PO Box 13528 | Austin, TX 78711 | | |
| 5401730 | The City of Oklahoma City Water Utilities | 1 North Walker Ave | Oklahoma City OK 73102 | | |
| 5393734 | Timothy Parmenter | 28223 Longspur Drive | Katy, TX 77494–0346 | | |
| 5388601 | US Attorney Eastern District | PO Box 1229 | Little Rock, AR 72203 | | |
| 5388602 | US Attorney Western District | 414 Parker Ave. | Fort Smith, AR 72901–1902 | | |
| 5388584 | Union Electric Co | Reg. Ag. THE CORPORATION COMPANY | 600 S 2nd St. STE 104 | Springfield, IL 62704–2550 | |
| 5388599 | Union Electric Company | PO Box 88068 | Chicago, IL 60680–1068 | | |
| 5388600 | United Rentals | Attn: Bankruptcy | 100 First Stamford Place | Suite 700 | Stamford, CT 06902 |
| 5388586 | United Rentals | Reg. Agent Corporation Service Company | 300 Spring Building | Suite 900 | Little Rock, AR 72201 |
| 5401121 | Verizon Connect | William M Vermette | 22001 Loudoun County PKWY | Ashburn, VA 20147 | |
| 5388603 | Victig | 14442 South Center Point Way | Riverton, UT 84065 | | |
| 5388604 | Webflow, Inc. | 398 11th St. | Floor 2 | San Francisco, CA 94103 | |
| 5388605 | Western Equipment Finance | 503 Highway 2 West | PO Box 640 | Devils Lake, ND 58301 | |
| 5388606 | Wex, Inc. | attn: Bankruptcy | PO Box 639 | Portland, ME 04104 | |
| 5388578 | WholeSale Electr | Reg Agent CT Corporation System | 320 S Izard Street | Little Rock, AR 72201 | |
| 5388607 | Wholesale Electric Supply Co | PO Box 650430 | Dallas, TX 75265–0430 | | |
| 5388608 | Willow Crossing Development | PO Box 6245 | Springdale, AR 72766 | | |
| 5388609 | Willow Crossing Development LL | Attn: Timothy Graham | PO Box 6245 | Springdale, AR 72766 | |
| 5388610 | Wright, Lindsey & Jennings | Attn: Judy Henry | 200 W Capitol Ave., Ste 2300 | Little Rock, AR 72201 | |
| 5388611 | Wyze Labs | attn: Bankruptcy | 8815 122nd Avenue NE | Suite 201 | Kirkland, WA 98033 |
| 5388612 | Zoho | 4141 Hacienda Drive | Pleasanton, CA 94588 | | |

TOTAL: 152