IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 5:25-bk-70455R |
| | ) | |
| SHINE SOLAR, LLC, | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |

**MOTION FOR ORDER DIRECTING UNITED STATES TRUSTEE TO APPOINT CONSUMER PRIVACY OMBUDSMAN**

The United States Trustee ("UST") for Region 13, through the undersigned counsel, moves the Court to enter an order directing the United States Trustee to Appoint a Consumer Privacy Ombudsman ("CPO") in this case. In support of this motion, the UST states as follows:

1. On August 13, 2025, J. Brian Ferguson, Chapter 7 Trustee filed a Motion for Authority to Sell Intellectual Property at Private Sale. (Doc. #118).

2. The Chapter 7 Trustee is proposing to sell property described in schedules as "Database of Past Clients … with recordings of prior sales calls Stored remotely … through Luminary Software" and Database of 466,000 customer "leads" for potential future installs/sales". The property is referred to in the motion as the "Customer List."

3. The Debtor had a privacy policy in effect on the date of the commencement of the case. The privacy policy provided that, "we do not sell personal information about you to unrelated companies for their independent use." The privacy policy further states that, "any information that you provide to us via our website will be used for our purposes only. Your information will not be shared with other individuals or other companies."

4. Pursuant to 11 U.S.C. § 332 and Fed. R. Bank. P. 6004(g), the Court must direct the UST to appoint a CPO if a motion for authority to sell personally identifiable information is requested

–1–

under 11 U.S.C. § 363(b)(1)(B).

5. The Chapter 7 Trustee may only sell the customer list if the Court appoints a CPO and after notice and a hearing; the Court approves such sale after giving due consideration to the facts, circumstances, and conditions of such sale; and finds that not showing was made that such sale would violate applicable non-bankruptcy laws. 11 U.S.C. § 363(b)(1)(B).

6. The UST requests that the Court enter an order directing the UST to appoint a CPO as provided in 11 U.S.C. §§ 332 and 363(b)(1).

7. The UST also requests the Court schedule a hearing on the Motion for Authority to Sell Intellectual Property at Private Sale so that the CPO may appear and provide the Court with information needed to determine whether the sale should be approved under 11 U.S.C. §363(b)(1)(B).

WHEREFORE, the United States Trustee requests the Court to enter an order directing the UST to appoint a Consumer Privacy Ombudsman in this case.

>Respectfully submitted,
>
>JERRY L. JENSEN
>ACTING UNITED STATES TRUSTEE
>
>By:  /s/ *Amy B. Blackburn*
>AMY B. BLACKBURN
>Trial Attorney
>Office of the United States Trustee
>Roman L. Hruska U.S. Courthouse
>111 S. 18th Plaza, Suite 1148
>Omaha, NE 68102
>(402) 221-4305
>Amy.B.Blackburn@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I have mailed a copy of the foregoing pleading to the following attorneys and parties of interest by ordinary mail with sufficient postage thereon or by electronic mail on this 30th day of September 2025.

Shine Solar, LLC
1720 S. Walton Blvd. Suite 4-205
Bentonville, AR 72712

Stanley V Bond
Bond Law Office
P.O. Box 1893
Fayetteville, AR 72701-1893

J. Brian Ferguson
Ferguson Law Firm, PLLC
3333 Pinnacle Hills Parkway, Suite 410
Rogers, AR 72758

/s/ Amy B. Blackburn
AMY B. BLACKBURN