# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

| | |
|---|---|
| IN RE: SHINE SOLAR, LLC, | CASE NO.  5:25-bk-70455R |
| DEBTOR | CHAPTER 7 |

## ORDER WITHRDRAWING MOTION

On August 29, 2025, J. Brian Ferguson the Chapter 7 Trustee ("Trustee"), filed his *Motion for Authority to Sell Intellectual Private Sale and Notice of Opportunity to Object* (the "Motion"). [ECF Doc. 118].  As evidenced by his signature below, Trustee wishes to withdraw the Motion. Based on the representation by Trustee, the Court finds that the Motion should be and hereby is WITHDRAWN.

IT IS SO ORDERED.

_____
Honorable Bianca M. Rucker
United States Bankruptcy Judge
Dated: 11/24/2025

**Prepared and agreed by:**

**/s/ J. Brian Ferguson**
J. Brian Ferguson, ABN 2018117
Ferguson Law Firm, PLLC
3333 Pinnacle Hills Pkwy, Suite 410
Rogers, AR 72758