# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0861–5 | User: admin | Date Created: 11/24/2025 |
| Case: 5:25–bk–70455 | Form ID: pdf08Ac | Total: 195 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
5388503    Caleb Gorden
5388553    Nick Gorden

TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust        U.S. Trustee (ust)        USTPRegion13.LR.ECF@usdoj.gov
tr         J. Brian Ferguson         brian@ozarkfunds.com
aty        Amy Blackburn             amy.b.blackburn@usdoj.gov
aty        J. Brian Ferguson         brian@ozarkfunds.com
aty        Judy Simmons Henry        jhenry@wlj.com
aty        Leif E Swedlow            lswedlow@oklawpartners.com
aty        Perry Y. Young            pyoung@jyb.law
aty        Raymond Spencer Clift, III        sclift@bakerdonelson.com
aty        Stanley V Bond            attybond@me.com

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Shine Solar, LLC        1720 S. Walton Blvd. Suite 4–205        Bentonville, AR 72712
cr         Willow Crossing Development LLC        PO Box 6245        Springdale, AR 72766
sp         James R. Baxter        BAXTER LAW FIRM, PLLC        126 N. Main Street        Benton, AR 72015
app        Paul Colvin        Block Realty & Auction        633 S. Barrington Road        Springdale, AR 72762
cr         U.S. Bank National Association d/b/a U.S. Bank Equipment Finance        c/o R. Spencer Clift, III        165 Madison Avenue, Suite 2000        Memphis, TN 38103
5388483    6420 Bentonville Rogers, LLC        PO Box 609        Searcy, AR 72145
5388486    AEB Benefits, LLC dba Simpara        421 Industrial Dr. E        Sulphur Springs, TX 75482
5388496    AT & T        Whitacre Tower        208 S Akard St.        Dallas, TX 75202
5388484    Adnet LLC        2810 N Church St #52146        Wilmington, DE 19802
5388485    Adobe Inc.        Attn: General Counsel        345 Park Avenue        San Jose, CA 95110–2704
5388487    Aeroseal        225 Byers Rd        Miamisburg, OH 45342
5406061    Aeroseal, LLC        225 Byers Rd        Miamisburg, OH 45342
5388488    Agent for Aeroseal LLC        Corp Service Company        1160 Dublin Road Suite 400        Columbus, OH 43215
5393695    Airgas USA, LLC        110 West 7th St., Suite 1400        Tulsa, OK 74119
5388489    Airgas USA, LLC        PO BOX 1152        Tulsa, OK 74101
5388580    Airgas USA, LLC        Reg. Ag. C T Corporation System        1200 South Pine Island Road        Plantation, FL 33324
5388490    Airtable        1 Front Street        Floor 28        San Francisco, CA 94111
5388491    Allianz Trade        Attn: Bankruptcy        100 International Drive        22nd Floor        Baltimore, MD 21202
5388492    American Water        Po Box 2978        Camden, NJ 08101
5388493    Amidaware        1968 S Coast Hwy PMB 3847        Laguna Beach, CA 92651–3681
5388494    Anaconda LLC        1507 NE Wall Street        Lees Summit, MO 64086
5388495    Ark Dept Fin & Admin        PO Box 1272        Little Rock, AR 72203–1272
5416167    Ashley & Matthew Whitford        148 Hudson Branch Dr.        Austin, AR 72007
5388497    Atlassian Inc. dba Loom        Attn: Legal Department        350 Bush Street, Floor 13        San Francisco, CA 94104
5413775    Attn: Legal / Bankruptcy        1 Hancock Street        Portland, ME 04101
5388498    Aurora        PO BOX 102896        Pasadena, CA 91189
5388499    Autodesk, Inc.        1 Market St.        Suite 400        San Francisco, CA 94105–1336
5417038    Bank of America, N.A.        ATTN: Peter G. Meek        100 N. Tryon Street; NC1–007–31–05        Charlotte, NC 28255–0001
5388500    Bank of America, N.A.        NC1–026–06–06        Gateway Village – 900 Building        900 W Trade Street        Charlotte, NC 28255
5388501    Benton County Assessor        2109 W Walnut        Rogers, AR 72756
5400863    Benton County Collector        2113 W. Walnut St.        Rogers, AR 72756
5388585    Blackfoot Comm.        Reg. Ag. Corporation Service Company        300 Deschutes Way SW STE 208 M        Tumwater, WA 98501
5388502    Blackfoot Communications        PO BOX 35130        Seattle, WA 98124
5404811    Bradley Chase Snow        2200 SE Bay Hill Dr.        Apt. 25        Bentonville, AR 72712
5401062    Brian Ray Harvey        2140 Hunter Drive        Pea Ridge, AR 72751
5417275    CONNECT DME        5930 E 31ST ST        SUITE 300        TULSA, OK 74135–5111
5388504    Call Tools        530 Technology Drive        Suite 100        Irvine, CA 92618
5388505    Callpurity        109 East 17th Street        Suite 480        Cheyenne, WY 82001
5388569    Callpurity        Reg Agent        400 E 20th St        Cheyenne, WY 82001
5401728    Carla Kidwell        1521 W Lela St        Rogers, AR 72758
5416980    Cecilia Putter        6 Upper Lake Road        Forrest City, AR 72335
5411762    Chris JAMES KNIGHT        3800 SW Surrey Ave        Bentonville, AR 72712

5388506    Cisco Systems Capital Corp      PO BOX 825736      Philadelphia, PA 19182
5388507    City of Fort Smith      623 Garrison Ave      Fort Smith, AR 72901
5388508    City of Harrisonville      PO Box 367      Harrisonville, MO 64701
5388509    Click Funnels      Attn Legal Dept      225 Reformation Pkwy      Suite 204      Canton, GA 30114
5388510    Cloudways by Digital Ocean LLC      101 Avenue of the Americas      10th Floor      New York, NY 10013
5388511    Concentra      5080 Spectrum Drive      Suite 1200W      Addison, TX 75001
5416073    Conner Williams      353 Hilltop Oaks Lane      Sparta, MO 65753
5388512    Corporation Company      Reg Agent for      Insulation Distributors, Inc.      735 First National Bldg      Oklahoma City, OK 73102
5388581    Cox Comm.      Reg. Ag. Corporation Service Company      2 Sun Court      STE 400      Peachtree Corners, GA 30092
5388513    Cox Communications, Inc.      6205 Peachtree Dunwoody Road      Atlanta, GA 30328
5417039    Crum & Forster Specialty Insurance Company      305 Madison Avenue      Morristown, NJ 07960
5401570    Dale Falk      3668 Newburg Rd      Melbourne, AR 72665
5388514    Darragh      1404 E 6th Street      Little Rock, AR 72202
5388515    Discount Tire      20225 N. Scottsdale Rd      Scottsdale, AZ 85255
5388516    DivvyPay LLC      13707 S 200 W Suite 100      Draper, UT 84020
5388570    DivvyPayLLC      Reg Agent INCORPORATING SERVICES, LTD. I      1108 E SOUTH UNION AVE      Midvale, UT 84047
5388571    Domo inc.      Reg Agent Corp Service Company      15 West South Temple      Suite 600      Salt Lake City, UT 84101
5388517    Domo, Inc.      802 E 1050 S      American Fork, UT 84003
5388518    DroneDeploy, Inc.      Attn: General Counsel      548 Market St. #34583      CA 94101
5388519    Edison Health Solutions      PO BOX 1550      Jenks, OK 74037
5388520    Eleven Labs      Attn: Legal Dept      169 Madison Ave #2484      New York, NY 10016
5416052    Ellen Arvin Kennedy, Esq.      Dinsmore & Shohl LLP      100 West Main Street, Suite 900      Lexington, KY 40507
5388572    Elliot Electric      Reg Agent Capitol Corp Services Inc      300 S. Spring St Suite 900      Little Rock, AR 72201
5388521    Elliot Electric Supply      2526 North Stallings Drive      PO Box 630610      Nacogdoches, TX 75963
5391185    Elliott Electric Supply, Inc.      c/o Misti L. Beanland      Matthews, Shiels, Knott, LLP      8131 LBJ Freeway, Suite 700      Dallas, TX 75251
5388522    Entergy      PO Box 8101      Baton Rouge, LA 70891
5388579    Entergy Arkansas      Reg. Ag, Darryl M. Phillips      639 Loyola Avenue      26th Floor      New Orleans, LA 70113
5392686    Euler Hermes N.A – Agent for PX, Inc.      100 International dr 22nd floor      Baltimore, MD 21202
5399999    Euler Hermes N.A – Agent for SIGNATURE SOLAR LIMI      100 International dr 22nd floor      Baltimore, MD 21202
5388573    Fidelity Telepho      Reg Agent CSC–LAWYERS INCORPORATING SERV      221 Bolivar Street      Jefferson City, MO 65101
5388523    Fidelity Telephone LLC      64 North Clark      Sullivan, MO 63080
5416053    Fifth Third Bank, NA d/b/a Dividend Solar Finance      c/o Ellen Arvin Kennedy, Esq.      Dinsmore & Shohl LLP      100 West Main Street, Suite 900      Lexington, KY 40507
5388524    Frame.io      Attn: General Counsel      345 Park Avenue      San Jose, CA 95110–2704
5388525    Ft Smith City Attorney      101 South 10th St      Fort Smith, AR 72901
5388527    Get Spiffy, Inc.      Attn: Facilities      4506 S. Miami Blvd      Suite 150      Durham, NC 27703
5388526    Get Spiffy, Inc.      Attn: Facilities      4506 S. Miami Blvd Suite 150      Durham, NC 27703
5388528    Gill Ragon Owen PA      Reg Agent for Darragh      425 W Capitol Ave      Suite 3800      Little Rock, AR 72201
5388529    GoCanvas      Attn: General Counsel      11951 Freedom Drive      Suite 401      Reston, VA 20190
5388530    Guard Tronic Inc.      902 South 8th St      Rogers, AR 72756
5388574    Guardtronic Inc      Reg Agent      Attn: Ricky L Brown      104 North 13th Street      Fort Smith, AR 72901
5388575    Heartland Bus Sy      Reg Agent, Registered Agents Inc      202 NORTH CEDAR AVENUE      Suite #1      Owatonna, MN 55060
5388531    Heartland Business Systems LLC      Attention: Legal Department      1700 Stephen Street      Little Chute, WI 54140
5401947    Heartland Business Systems, LLC      Attention: Legal Department      1700 Stephen Street      Little Chute, WI 54140
5388532    Hedgeye Risk Management LLC      1 High Ridge Park      Stamford, CT 06905
5388533    Home Solutions      1122 Oberlin Road      Ste 300      Raleigh, NC 27605
5388534    HotelEngine, Inc.      Attn: bankruptcy      250 Fillmore Street      Suite 150      Denver, CO 80206
5388535    IBTS      Attn: Bankruptcy      45207 Research Place      Ashburn, VA 20147
5388536    Illumine      1320 Arrow Point Drive      Ste. 501 #163      Cedar Park, TX 78613
5388537    Indeed      Attn: Bankruptcy      Indeed Tower 200 West 6th St      Floor 36      Austin, TX 78701
5388538    Insulation Distributors, Inc.      Attn: Bankruptcy      8303 Audubon Road      Chanhassen, MN 55317
5388539    Intent Driver dba Energy Bill      8383 Wilshire Blvd.      Ste. 540      Beverly Hills, CA 90211
5388540    Internal Revenue Service      Centralized Insolvency Ops      PO Box 7346      Philadelphia, PA 19101–7346
5403239    John or Linda England      9518 Lake Lotawana Drive      Lake Lotawana, MO 64086
5401946    Jonathan Groh      Heartland Business Systems, LLC      1700 Stephen Street      Little Chute, WI 54140
5401660    Jonathan Williams      1201 SE phoenix st      Bentonville, Arkansas, United, AR 72712
5388541    Kansas Dept. of Revenue      PO Box 750260      Jefferson City, MO 65106
5405779    LOUIS PIKE      2520 OLD SMACKOVER ROAD      camden, AR 71701
5388542    Le–Ru Telephone Company      555 Carter Street      Stella, MO 64867
5388582    Le–ru tele. co      Reg. Ag. Mitchell W. Jay      5356 Walnut Drive      Joplin, MO 64804

5388543   Lead Genesis   8022 South Rainbow Blvd.   Ste. 185   Las Vegas, NV 89139
5388583   Leads Optics   Reg. Ag.   PO BOX 481   Bloomfield Hills, MI 48303
5388544   Leads Optics LLC   180 High Oak Road   Bloomfield Hills, MI 48304
5388545   Locke Supply Co   PO Box 24980   Oklahoma City, OK 73124–0980
5388546   Lowe's Home Centers LLC   1000 Lowes Blvd   Mooresville, NC 28117
5388576   Lowes   Reg Agent Corporation Service Company   300 S Spring St   Suite 900   Little Rock, AR 72201
5388547   Macro.com   Attn: bankruptcy   54 W 21st St   New York, NY 10010
5388548   Marck Industries   715 Main Street   Cassville, MO 65625
5388549   Marck Recycling & Waste   705 South Bloomington Street   Lowell, AR 72745
5406818   Margarita Montano   355 N Syracuse Ave D   Farmington, AR 72730
5417089   Mercy Health Network, LLC   Attn: Legal Department   15740 S. Outer 40   Chesterfield, MO 63017
5388550   Missouri Department of Revenue   PO Box 475   Jefferson City, MO 65101–0475
5391184   Misti L. Beanland   Matthews, Shiels, Knott, LLP   8131 LBJ Freeway, Suite 700   Dallas, TX 75251
5410026   NWA Auto & Fleet Supply Inc   7136 Buena Vista   Prairie Village, KS 66208
5388551   Napa Auto Parts   902 South 8th Street   Rogers, AR 72756
5388552   New Moon Holdings, LLC   Attn: Zachary Nock   1766 Smokehouse Trail   Fayetteville, AR 72701
5388554   O'Reilly Auto Parts   Attn: General Counsel   233 S. Patterson   Springfield, MO 65802
5399781   O'Reilly Automotive Stores Inc   PO Box 1156   Springfield, MO 65801
5388556   OG&E   321 North Harvey Avenue   Oklahoma City, OK 73102
5388555   ObserveAI   Attn: Bankruptcy   275 Shoreline Drive   Ste. 450   Redwood City, CA 94065
5399964   Office of the United States Trustee   200 W. Capitol, Suite 1200   Little Rock, AR 72201
5388557   Oklahoma City Utilities Dept   Attn: Bankruptcy   420 West Main Street   Suite 501   Oklahoma City, OK 73102
5388558   Oklahoma Natural Gas   401 North Harvey Avenue   Oklahoma City, OK 73102
5402916   Oklahoma Tax Commission   Attn: Legal   PO Box 269056   Oklahoma City, OK 73126
5388559   Oklahoma Tax Commission   General Counsels Office   100 N Broadway Ave   Suite 1500   Oklahoma City, OK 73102–8601
5388560   Open Space   Attn: bankruptcy   333 Kearny St.   Floor 4   San Francisco, CA 94108
5388561   Ozark Mountain Propane   Attn: Betty Sue Jackson   14770 E Hwy 62   Garfield, AR 72732
5388563   PDQ.com Corp dba SimpleMDM   Attn: Legal Dept   2200 S Main St   Suite 200   Salt Lake City, UT 84115
5388565   PX, Inc.   Attn: Bankruptcy   44 Wall Street   Ste. 605   New York, NY 10005
5388562   Paschal Air, Plumbing & Elec.   Attn: John Boce Jr, Reg Agent   280 N Maestri Road   Springdale, AR 72762
5417037   Peter G. Meek   Bank of America, N.A.   100 N. Tryon Street; NC1–007–31–05   Charlotte, NC 28255–0001
5388568   Plaza Tire   Reg Ag. CT Corporation System   124 West Capitol Avenue   Suite 1900   Little Rock, AR 72201
5388564   Plaza Tire Service   PO BOX 779   Cape Girardeau, MO 63703
5388588   RPM Group   PO Box 7300   Little Rock, AR 72217
5388566   Rapid Scale   301 Hillsborough Street   Suite 1300   Raleigh, NC 27603
5388567   RapidScale   Attn: Legal Dept   6205–B Peachtree Dunwoody Rd   Atlanta, GA 30328
5388587   Republic Services   12976 St. Charles Rock Road   Bridgeton, MO 63044
5391222   Sanders Supply Inc.   107 E Belding   Hot Springs AR 71901
5388589   Sanders Supply, Inc.   Attn: Billy Sanders, Reg Agent   107 East Belding   Hot Springs National Park, AR 71901
5434885   Sarah Johnson   609 Eisenhower Street   Yadkinville, NC 27055
5388590   Select Medical   Attn Mike Tarvin   Legal counsel to Concentra   4714 Gettysburg Road   Mechanicsburg, PA 17055
5415530   Sherry Baker   11751 W State Hwy 155   Dardanelle, AR 72834
5388591   Signature Solar   421 Industrial Drive East   Ste. 201   Sulphur Springs, TX 75482
5388592   Solarize LLC   Attn: Chris Rinehart, Reg Agen   650 Friedberg Drive   Herculaneum, MO 63048–1639
5388593   Summit Utilities, Inc.   Reg Agent – Cogency Global inc   1215 Twin Lakes Drive   Little Rock, AR 72205
5388594   Sunshine Disposal Services   Lake of the Forest   PO Box 1106   Bonner Springs, KS 66012
5388598   TGIF Storage, LLC   7208 NE 135th St.   Edmond, OK 73013
5419723   TN Dept of Revenue   c/o TN Attorney General's Office   Bankruptcy Division   PO Box 20207   Nashville, Tennessee 37202–0207
5388595   Targhee Professional Offices   155 West 2nd South   Rexburg, ID 83440
5416698   Tennessee Department of Revenue   c/o Attorney General   PO Box 20207   Nashville, TN 37202–0207
5388577   Tesla   Reg Agent CT Corp System   320 S. Izard Street   Little Rock, AR 72201
5388596   Tesla, Inc.   Attn:Adam Christian, Collect   12832 S. Frontrunner Blvd   Draper, UT 84020
5388597   Texas Comptroller   PO Box 13528   Austin, TX 78711
5413134   Texas Comptroller   PO Box 13528   Austin, TX 78711
5415178   Texas Comptroller of Public Accounts   Office of the Attorney General   Bankruptcy & Collections Division   P.O. Box 12548, MC–008   Austin, TX 78711
5401730   The City of Oklahoma City Water Utilities   1 North Walker Ave   Oklahoma City OK 73102
5412250   Theodore e McNeal   65 Granshire dr   Bella Vista, AR 72714
5393734   Timothy Parmenter   28223 Longspur Drive   Katy, TX 77494–0346
5416887   Total Quality Logistics, LLC   Attn: Joseph Wells, Sr Corporate Counsel   4289 Ivy Pointe Blvd   Cincinnati, OH 45245
5409176   Tyler Paul Smith   353 angel falls ln   Springdale AR 72762

5416444    U.S. Bank N.A. d/b/a U.S. Bank Equipment Finance    1310 Madrid Street    Marshall, MN 56258
5388601    US Attorney Eastern District    PO Box 1229    Little Rock, AR 72203
5388602    US Attorney Western District    414 Parker Ave.    Fort Smith, AR 72901–1902
5426813    UTAH STATE TAX COMMISSION    Attn: Bankruptcy Unit    210 N 1950 W    SALT LAKE CITY, UT 84134–9000
5388584    Union Electric Co    Reg. Ag. THE CORPORATION COMPANY    600 S 2nd St. STE 104    Springfield, IL 62704–2550
5388599    Union Electric Company    PO Box 88068    Chicago, IL 60680–1068
5388600    United Rentals    Attn: Bankruptcy    100 First Stamford Place    Suite 700    Stamford, CT 06902
5388586    United Rentals    Reg. Agent Corporation Service Company    300 Spring Building    Suite 900    Little Rock, AR 72201
5412037    Valerie Trammell    14505 Highway 235    Saint Joe, AR 72675
5401121    Verizon Connect    William M Vermette    22001 Loudoun County PKWY    Ashburn, VA 20147
5388603    Victig    14442 South Center Point Way    Riverton, UT 84065
5416979    Vincent E Guest    218 N Terry Street    Post Office Box 1437    Wynne, AR 72396
5415547    WEX Bank    1 Hancock Street    Attn: Legal / Bankruptcy    Portland, ME 04101
5388604    Webflow, Inc.    398 11th St.    Floor 2    San Francisco, CA 94103
5388605    Western Equipment Finance    503 Highway 2 West    PO Box 640    Devils Lake, ND 58301
5388606    Wex, Inc.    attn: Bankruptcy    PO Box 639    Portland, ME 04104
5388578    WholeSale Electr    Reg Agent CT Corporation System    320 S Izard Street    Little Rock, AR 72201
5388607    Wholesale Electric Supply Co    PO Box 650430    Dallas, TX 75265–0430
5388608    Willow Crossing Development    PO Box 6245    Springdale, AR 72766
5388609    Willow Crossing Development LL    Attn: Timothy Graham    PO Box 6245    Springdale, AR 72766
5388610    Wright, Lindsey & Jennings    Attn: Judy Henry    200 W Capitol Ave., Ste 2300    Little Rock, AR 72201
5388611    Wyze Labs    attn: Bankruptcy    8815 122nd Avenue NE    Suite 201    Kirkland, WA 98033
5388612    Zoho    4141 Hacienda Drive    Pleasanton, CA 94588

TOTAL: 184